Form 1. P1 (11-92)

**FORM 1 VOLUNTARY PETITION**

| United States Bankruptcy Court<br>District of | VOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor-if individual, enter Last, First, Middle)<br>Diego CARDONA | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years<br>(include married, maiden and trade names)<br>none | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(include married, maiden and trade names.) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>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 | SOC. SEC./TAX I.D. NO.(If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>12 Wilson Terrace<br>Elizabeth NJ 07208 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Union | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>same | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above) | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|---|
| ☒Individual | ☐Corporation Publicly Held | ☒Chapter 7  ☐Chapter 11  ☐Chapter 13 |
| ☐Joint (H&W) | ☐Corporation Not Publicly Held | ☐Chapter 9  ☐Chapter 12  ☐§ 304-Case Ancillary to Foreign Proceeding |
| ☐Partnership | ☐Municipality | FILING FEE (Check one box) |
| ☐Other _____ | | ☒Filing fee attached. |

NATURE OF DEBT
☐Non-Business Consumer   ☐Business - Complete A&B below

☐Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

A. TYPE OF BUSINESS (check one box)

| ☐Farming | ☐Transportation | ☐Commodity Broker |
|---|---|---|
| ☐Professional | ☐Manufacturing/Mining | ☐Construction |
| ☐Retail/Wholesale | | ☐Real Estate |
| ☐Railroad | ☐Stockbroker | ☐Other Business |

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
Anna C. Little Esq.
300 kimbal Street Suite 106 Woodbridge
NJ 07095
Telephone No.

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
Anna C. little Esq.

☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney: ( )

STATISTICAL ADMINISTRATIVE INFORMATION (28 ___)
(Estimates only) (Check applicable boxes)

☐Debtor estimates that funds will be available for distri___
☒Debtor estimates that after any exempt property is ex___ expenses paid, there will be no funds available for di___

ESTIMATED NUMBER OF CREDITORS
☐1-15  ☒16-49  ☐50-99  ☐100

ESTIMATED ASSETS (in thousands of dollars)
☐Under 50  ☐50-99  ☐100-499  ☐500-999  ☐1000

ESTIMATED LIABILITIES (in thousands of dollars)
☐Under 50  ☐50-99  ☐100-499  ☐500-999  ☐1000

ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ___
☐0  ☐1-19  ☐20-99

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - ___
☐0  ☐1-19  ☐20-99

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NEW JERSEY   RECEIPT

| Case # 01-39673 nNLW  Chapter 7 | # 000153771 - MB |
|---|---|
| Filed: 10:09 AM, 08/29/01   Newark | 11:22 AM, August 29, 2001 |

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $30.00 |
| 07 | 1 | $170.00 |

Judge: Novalyn L. Winfield
Trustee: Donald Biase
Debtor(s):
Diego Cardona

ORIGINAL

**First Meeting of Creditors**
10:00 AM, September 28, 2001
One Newark Center
One Newark Center
Suite 1401, Office of the US Trustee
Newark, NJ 07102-5504

**TOTAL PAID: $200.00**
From:  Anna C. Little
300 Kimball Street
Suite 106
Woodbridge, NJ 07095-0000      2

Form 1, P2 (6-90)

Name of Debtor __Diego Cardona_____   Case No. _____
<table>
<tr><td></td><td>(Court use only)</td></tr>
</table>

## FILING OF PLAN

For Chapter 9, 11,12 and13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.   ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _____*signature*_____        Date _____
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _*Diego L CARDONA*_<br>Signature of Debtor<br>Date | X _____<br>Signature of Authorized Individual |
| | Print or Type Name of Authorized Individual |
| X _____<br>Signature of Joint Debtor<br>Date | Title of Individual Authorized by Debtor to File this Petition<br>Date |

### EXHIBIT "A" ( To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _*Diego L CARDONA*_        Date _____
Signature of Debtor

X _____        Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____*signature*_____        Date _____
Signature of Attorney

305-2° 1991 JULIUS BLUMBERG, INC., NYC 10013

**UNITED STATES BANKRUPTCY COURT**    **DISTRICT OF**

In re:  Diego Cardona                    Debtor(s)        Case No.                (If Known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific Instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.



| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 7 | 13,511.32 | | |
| B - Personal Property | Y | 2 | 5,400.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 00.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | 00.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 1 | | 25,396.52 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 4 | | | 640.34 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 1335.00 |
| Total Number of Sheets of All Schedules | | 20 | | | |
| Total Assets | | | 18,911.32 | | |
| Total Liabilities | | | | 25,396.52 | |

3072 ~ 1991 JULIUS BLUMBERG, INC., NYC 10013

Case 01-29673-NLW   Doc   Filed 08/29/01   Entered 08/29/01 11:22:00   Desc
Converted from ECM (10126709)   Page   of 55

In re: Diego CARDONA

Debtor(s)          Case No.          (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 935 South Elmora Ave. Elizabeth, NJ | co-owner | | $220,000.00 | 209,852.86 |
| 12 Wilson Terrace Elizabeth NJ | co-owner | | $166,000.00 | 162,635.82 |
| | | | Total -> $ 386,000.00 | (Report also on Summary of Schedules.) |

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | bed, desk, IBM Computer | | $1,900.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | varied/assorted casual clothes | | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

3077 · 1991 JULIUS BLUMBERG, INC., NYC 10013

Prepared By:

**DEED**

ALCIDES T. ANDRIL, ESQ.

This DEED is made on **December 31, 1998,**

BETWEEN    **LUZ M. MARTINEZ, married**

whose address is 507 Grier Avenue, Elizabeth, New Jersey  referred to as to the GRANTOR.

AND        **MARIO C. RESTREPO and DIEGO A. CARDONA**

whose post office address is about to be 935 South Elmora Avenue, Elizabeth, New Jersey referred to as the GRANTEE.

The words "GRANTOR" and "GRANTEE" shall mean all GRANTORS and all GRANTEES listed above.

**Transfer of Ownership.** The GRANTOR grants and conveys (transfers ownership of) the property described below to the GRANTEE.    This transfer is made for the sum of **TWO HUNDRED TWENTY THOUSAND DOLLARS ($220,000.00).** The GRANTOR acknowledges receipt of this money.

**Tax Map Reference.**    (N.J.S.A.  46:15-2.1)    Municipality of **Elizabeth** Block No. **4**  Lot No. **1432**  Account No.

**Property.** The property consists of the land and all the buildings and structures on the land in the **City** of **Elizabeth** County of **Union** and State of New Jersey.  The legal description is :

**SEE SCHEDULE "A" LEGAL DESCRIPTION ATTACHED.**

*BEING THE SAME PREMISES CONVEYED TO THE MORTGAGOR HEREIN BY DEED OF INOCENTE SEARA and ESTRELLA SEARA, his wife, DATED AUGUST 25, 1993 AND RECORDED IN THE OFFICE OF THE REGISTER OF UNION COUNTY ON SEPTEMBER 20, 1993 IN DEED BOOK 4009 AT PAGE 14.*

*SUBJECT TO EASEMENTS RESTRICTIONS AND SUCH STATE OF FACTS AS AN ACCURATE SURVEY MAY DISCLOSE.*

Received & Recorded Deed
Union County, NJ     Inst. #       6 1 8 1 8
1 /08/1 999 11:35
Joanne Rajoppi   Consider.     220,000.00
                 RT Fee         875.00
County Clerk     Operator  MCDEVITT

DB4765-0287

CHASE MANHATTAN MORTGAGE CORP.
1400 E. NEWPORT CENTER DRIVE
DEERFIELD BEACH, FL 33442

PHONE NO.800-527-3040

RECIPIENT'S Federal identification no.

22-1092200

PAYER'S social security number

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

PAYER'S/BORROWER'S name, address, and zip code

14703

MARIO C RESTREPO
DIEGO CARDONA
12 WILSON TERRACE
ELIZABETH NJ  07208-1712

**MORTGAGE INTEREST STATEMENT**

CORRECTED (if checked)

2000 Substitute Form 1098

* Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

| 1 Mortgage interest received from payer(s)/borrower(s) | |
| $ | $10,532.42 |
| 2 Points paid on purchase of principal residence (See Box 2 on back.) | |
| $ | $.00 |
| 3 Refund of overpaid interest (See Box 3 on back.) | |
| $ | $.00 |
| 4 Real estate taxes paid | |
| $ | $3,184.93 |
| Account number (optional) | Loan type |
| 1953079744 | F.H.A. |

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you do not report this refund of interest on your return.

Form 1098 Substitute                (Keep for your records.)                Department of the Treasury - Internal Revenue Service

---

**ESCROW RECONCILIATION**

$3,350.34- BEGINNING BALANCE
$6,054.90 + DEPOSITS
$771.93 - MORTGAGE INS PAID
$3,184.93 - TAXES PAID
$1,252.30- ENDING BALANCE

**PRINCIPAL RECONCILIATION**

$211,257.16 BEGINNING BALANCE
$1,404.30 PRINCIPAL APPLIED
$209,852.86 ENDING BALANCE

$2,677.79 CURRENT PAYMENT
$1,185.70 CURRENT ESCROW PMT
$262.53 LATE CHARGES PAID
PROPERTY ADDRESS:
935  S ELMORA AVE
ELIZABETH                NJ07208

-------------------- 2000 INTEREST CALCULATIONS --------------------

TOTAL INTEREST APPLIED 2000  (NEXT DUE DATE 11/01/00)    $10,532.42
2000 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)   $10,532.42



Prepared by:

MANUEL P. SANCHEZ, ESQ.

## DEED

This Deed is made on *June 10, 1999,*

BETWEEN *GLORIETTA MACARAEG, n/k/a GLORIETTA TISON AND JON TISON, HER HUSBAND*

whose address is *12 Wilson Terrace, Elizabeth, New Jersey*

referred to as the Grantor,

AND *DIEGO CARDONA, MARRIED AND MARIO A. CARDONA, MARRIED*

whose address is *about to be 12 Wilson Terrace, Elizabeth, New Jersey*

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum *ONE HUNDRED SIXTY SIX THOUSAND DOLLARS AND 00/100*-------------------------------------$166,000.00. The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) Municipality of *Elizabeth* Block No. *13* Lot No. *1829* Account No.

**Property.** The property consists of the land and all the buildings and structures on the land in the *City of Elizabeth,* County of *Union,* State of New Jersey. The legal description is:

*SEE SCHEDULE "A" ATTACHED*

*Being the same premises conveyed to Glorietta Macaraeg by Deed from Antonio Macaraeg and Gloria Macaraeg, his wife dated April 18, 1996 and recorded May 21, 1996 in Deed Book 4382 Page 115 in the Register's Office of Union County. Glorietta Macaraeg is married to Jon Tison who joins in this conveyance.*

*Being commonly known as 12 Wilson Terrace, Elizabeth, New Jersey.*

*Subject to zoning ordinances, easements and restrictions of record, if any, and such state of facts as an accurate survey may disclose.*

referred to as the Grantor,

AND *DIEGO CARDONA, MARRIED AND MARIO A. CARDONA, MARRIED*

whose address is *about to be 12 Wilson Terrace, Elizabeth, New Jersey*
referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all
Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers
ownership of) the property described below to the Grantee. This
transfer is made for the sum *ONE HUNDRED SIXTY SIX THOUSAND DOLLARS
AND 00/100--------------------------------$166,000.00.* The Grantor acknowledges
receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) Municipality of *Elizabeth*
Block No. *13*   Lot No. *1829*   Account No.

**Property.** The property consists of the land and all the buildings
and structures on the land in the *City of Elizabeth,* County of *Union,*
State of New Jersey. The legal description is:

SEE SCHEDULE "A" ATTACHED

*Being the same premises conveyed to Glorietta Macaraeg by Deed from Antonio Macaraeg and
Gloria Macaraeg, his wife dated April 18, 1996 and recorded May 21, 1996 in Deed Book 4382
Page 115 in the Register's Office of Union County. Glorietta Macaraeg is married to Jon Tison
who joins in this conveyance.*

*Being commonly known as 12 Wilson Terrace, Elizabeth, New Jersey.*

*Subject to zoning ordinances, easements and restrictions of record, if any, and such state of facts as
an accurate survey may disclose.*



Received & Recorded Deed     67780
Union County, NJ   Inst. #
6/21/1999 11:41  Consider.  166,000.00
Joanne Rajoppi   RT Fee     805.00
County Clerk     Operator  SCRILLO

DB4831-0096

RECIPIENT'S/LENDER'S name, address, and telephone number

# MORTGAGE
# INTEREST
# STATEMENT

CENTRAL LOAN ADMIN & REPORTING
P.O. Box 77404
Ewing, NJ 08628

PHONE NO.1-888-686-5459

OMB No.
1545-0901

**2000**
Substitute
Form 1098

| RECIPIENT'S Federal identification no. | PAYER'S social security number | | **Copy B** |
|---|---|---|---|
| 21-0534340 | 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 | 1 Mortgage interest received from payer(s)/borrower(s)* $ $14,167.71 | **For Payer** |

Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

PAYER'S/BORROWER'S name, address, and zip code

26509

DIEGO CARDONA
MARIO A CARDONA
12 WILSON TERRACE
ELIZABETH NJ  07208-1712

2 Points paid on purchase of principal residence (See Box 2 on back.)
$      $.00

3 Refund of overpaid interest (See Box 3 on back.)
$      $.00

4 Real estate taxes paid
$      $4,877.08

| Account number (optional) | Loan type |
|---|---|
| 0000236851 | F.H.A. |

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Form 1098 Substitute                    (Keep for your records.)                    Department of the Treasury - Internal Revenue Service

---

| ESCROW RECONCILIATION | PRINCIPAL RECONCILIATION |
|---|---|
| $1,370.92  BEGINNING BALANCE | $164,171.33 BEGINNING BALANCE |
| $6,632.50 + DEPOSITS | $1,535.51 PRINCIPAL APPLIED |
| $799.06 - MORTGAGE INS PAID | $162,635.82 ENDING BALANCE |
| $461.00 - HAZARD INS PAID | |
| $4,877.08 - TAXES PAID | |
| $1,866.28 *ENDING BALANCE | |

$1,730.86 CURRENT PAYMENT
$522.92 CURRENT ESCROW PMT
$68.68 LATE CHARGES PAID

PROPERTY ADDRESS:
    12  WILSON TERRACE
ELIZABETH                NJ07208

*BALANCE HELD FOR NEXT YEARS DISBURSEMENTS, NOT A SURPLUS

--------------------------  2000 INTEREST CALCULATIONS  --------------------------

TOTAL INTEREST APPLIED 2000  (NEXT DUE DATE 01/01/01)        $14,167.71
                                                           ----------------
**2000 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)**        **$14,167.71**

OUTSTANDING LATE FEES DUE    $137.36

THIS REFLECTS THE ACTIVITY FOR THE PERIOD WE SERVICED YOUR LOAN IN 2000.
IF YOUR LOAN WAS SERVICED BY ANOTHER COMPANY IN 2000 YOU WILL RECEIVE A
SEPARATE STATEMENT.


CENLAR

In re: Diego Cardona     Debtor(s)    Case No.     (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Mitsubishi Montero Sport 1999 | | $18,000.00 Financing balance $15,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->   $   5,400.00

_____ continuation sheets attached

3072 · 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  Diego CARDONA

Debtor(s)     Case No.          (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 935 South Elmora Ave. Elizabeth NJ | 11 U.S.C. 522 (b)(2) | $10,147.14 | $220,000.00 |
| 12 Wilson Terrace Elizabeth, NJ | 11 U.S.C. 522(b)(2) | $3,364.18 | $166,000.00 |
| household furnishings | 11 U.S.C. 522 (b)(2) | $1,900.00 | $1,900.00 |
| clothing | 11 U.S.C. 522 (b)(2) | $500.00 | $500.00 |
| Mitsubishi Montero Sport | 11 U.S.C.522 (b)(2) | $3,000.00 | $3,000.00 |

3877 * 1991 JULIUS BLUMBERG, INC., NYC 10013

In re: Diego CARDONA                    Debtor(s)        Case No.                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D * | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |
| A/C # | | | | | | |
| | | | VALUE $ | | | |

_____
**continuation sheets attached**

Subtotal -> (Total of this page)   $

Total -> (Use only on last page)   $

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

3272 = 1991 JULIUS BLUMBERG, INC. NYC 10013

In re: Diego CARDONA                    Debtor(s)      Case No.                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (9).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD* | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |

_____ Continuation sheets attached.

Subtotal -> (Total of this page)  $

Total -> (use only on last page of the completed Schedule E)  $

* If contingent, enter C; if unliquidated, enter U; if disputer, enter D.   (Report total also on Summary of Schedules)

3072-E                                                30720 1991 JULIUS BLUMBERG, INC. NYC 10013

In re:   Diego CARDONA

Debtor(s)      Case No.           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4121-7413-9791-9387 | | | | | |
| Capitol One Bank<br>P.O.Box 85147<br>Richmond VA 23276 | | | | | 238.55 |
| A/C # 4976x6 | | | | | |
| NCO Financial Systems<br>P.O.Box 41457<br>Philadelphia PA 19101-1457 | | | | | 250.32 |
| A/C # 03 62826 088654 | | | | | |
| Sears Center<br>P. O.Box 182149<br>Colombus OH 43218-2149 | | | | | 3,266.86 |
| A/C # 5408-2701-1008-0948 | | | | | |
| Fleet<br>P.O.Box 15368<br>Wilmington DE 19886-5368 | | | | | 4,443.03 |
| A/C # 4225-8106-5012-8195 | | | | | |
| Chase<br>P.O.Box15583<br>Wilmington DE 19886-1194 | | | | | 2325.76 |
| A/C # 5458-0001-0351-0679 | | | | | |
| Direct Merchants Bank<br>P.O.Box 21550<br>Tulsa OK 74121-1550 | | | | | 5,659.63 |
| A/C # 4121-3721-0049-1041 | | | | | |
| Providian Financial<br>P.O.Box 9539<br>Manchester NH 03108-9539 | | | | | 1,112.66 |
| A/C # 99006722259000000 | | | | | |
| Mitsubishi<br>P.O.Box 6044<br>Cypress CA 90630-0044 | | | | | 6,128.55 |
| A/C # | | | | | |
| Summit Bank<br>c/o Melinger and Sanders<br>101 Gibralter Drive Suite 2F<br>Morris Plains NJ 07950 | | | | | 1,971.16 |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors
Holding Nonpriority Claims.

Subtotal → (Total of this page)   $ 25,396.52

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Total → (use only on last page of completed Schedule F.)   $ 25,396.52
(Report total also on Summary of Schedules)

3071 • 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:   Diego CARDONA                                          Debtor(s)      Case No.                    (If known)

## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

3272 • 1991 JULIUS BLUMBERG, INC. NYC 10013

Form 10-H (6/91)                                                  Julius Blumberg, Inc. NYC 10013

In re:   Diego CARDONA                          Debtor(s)      Case No.          (If known)

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

3078 # 1991 JULIUS BLUMBERG, INC. NYC 10013

In re:  Diego CARDONA                          Debtor(s)          Case No.                    (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| single | NAMES | AGE | RELATIONSHIP |
| | none | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Pantry help | |
| Name of Employer | Suburban Golf Culb | |
| How long employed | 12/00- present | |
| Address of Employer | 1730 Morris Ave. P.O.Box 1278 Union NJ 07083 | |

Income:  (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 761.10 | $ |
| Estimate monthly overtime | | 00.00 | |
| SUBTOTAL | $ | 761.10 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | 113.67 | |
| b. Insurance | | 7.08 | |
| c. Union dues | | 00.00 | |
| d. Other (Specify) | | 00.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 120.75 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 640.34 | $ |

Regular income from operation of business or profession or farm
(attach detailed statement)
Income from real property
Interest and dividends
Alimony, maintenance or support payments payable to the debtor for the debtor's
use or that of dependents listed above.
Social security or other government assistance (Specify)

Pension or retirement income
Other monthly income (Specify)

| TOTAL MONTHLY INCOME | $ | 640.34 | $ |
|---|---|---|---|

TOTAL COMBINED MONTHLY INCOME          $ _____     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year
following the filing of this document:

3072 © 1991 JULIUS BLUMBERG, INC., NYC 10013

Case 01-39673-NLW Doc 1 Pay Filed 08/29/01 Entered 08/29/01 11:22:00 Desc Converted from ECM (10126709) Page 19 of 55

## Pay Stub 1

| REGULAR RATE & HRS. | | OTHER CURRENT HOURS / RATES OF PAY | | | | EARNINGS | MISC. #1 | NON TAXABLE | GROSS PAY |
|---|---|---|---|---|---|---|---|---|---|
| 9.00 | 19.58 | OVERTIME | VACATION | SICK PAY | HOLIDAY | | .00 | .00 | |
| .00 | .00 | .00 | .00 | .00 | .00 | | MISC. #2 | GRATUITIES | |
| .00 | .00 | 13.50 | 9.00 | 9.00 | 9.00 | 175.50 | .00 | .00 | 175.50 |

| | | | CURRENT PERIOD | | |
|---|---|---|---|---|---|
| EARNINGS | FEDERAL TAX | FICA | STATE TAX | LOCAL TAX | GARNISHEE |
| 175.50 | 10.31 | 13.43 | 2.34 | .00 | .00 |

| NJ SUI | 2 | 3 | CURRENT DEDUCTIONS 4 | 5 | 6 | 7 | DISABILITY |
|---|---|---|---|---|---|---|---|
| .75 | .00 | .00 | .00 | .00 | .00 | .00 | .88 |

| | YEAR TO DATE TOTALS | | | | |
|---|---|---|---|---|---|
| EARNINGS | FEDERAL TAX | FICA | STATE TAX | LOCAL TAX | GARNISHEE BAL. |
| 4190.63 | 215.52 | 320.62 | 55.22 | .00 | .00 |

| DEPT. | EMPLOYEE NAME | SOC. SEC. NO. | PERIOD ENDING | CHECK NUMBER | NET PAY |
|---|---|---|---|---|---|
| 80 | DIEGO CARDONA | 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 | 07/22/01 | 25246 | 147.79 |

## Pay Stub 2

UBURBAN GOLF CLUB • UNION, NEW JERSEY 07083

| REGULAR RATE & HRS. | | OTHER CURRENT HOURS / RATES OF PAY | | | | EARNINGS | MISC. #1 | NON TAXABLE | GROSS PAY |
|---|---|---|---|---|---|---|---|---|---|
| 9.00 | 15.75 | OVERTIME | VACATION | SICK PAY | HOLIDAY | | .00 | .00 | |
| .00 | .00 | .00 | .00 | .00 | .00 | | MISC. #2 | GRATUITIES | |
| .00 | .00 | 13.50 | 9.00 | 9.00 | 9.00 | 141.75 | .00 | .00 | 141.75 |

| | | | CURRENT PERIOD | | |
|---|---|---|---|---|---|
| EARNINGS | FEDERAL TAX | FICA | STATE TAX | LOCAL TAX | GARNISHEE |
| 141.75 | 5.25 | 10.84 | 1.83 | .00 | .00 |

| NJ SUI | 2 | 3 | CURRENT DEDUCTIONS 4 | 5 | 6 | 7 | DISABILITY |
|---|---|---|---|---|---|---|---|
| .61 | .00 | .00 | .00 | .00 | .00 | .00 | .71 |

| | YEAR TO DATE TOTALS | | | | |
|---|---|---|---|---|---|
| EARNINGS | FEDERAL TAX | FICA | STATE TAX | LOCAL TAX | GARNISHEE BAL. |
| 4015.13 | 205.21 | 307.19 | 52.88 | .00 | .00 |

| EPT. | EMPLOYEE NAME | SOC. SEC. NO. | PERIOD ENDING | CHECK NUMBER | NET PAY |
|---|---|---|---|---|---|
| 80 | DIEGO CARDONA | 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 | 07/15/01 | 25157 | 122.51 |

## Pay Stub 3

JBURBAN GOLF CLUB • UNION, NEW JERSEY 07083

| REGULAR RATE & HRS. | | OTHER CURRENT HOURS / RATES OF PAY | | | | EARNINGS | MISC. #1 | NON TAXABLE | GROSS PAY |
|---|---|---|---|---|---|---|---|---|---|
| 9.00 | 23.75 | OVERTIME | VACATION | SICK PAY | HOLIDAY | | .00 | .00 | |
| .00 | .00 | .00 | .00 | .00 | .00 | | MISC. #2 | GRATUITIES | |
| .00 | .00 | 13.50 | 9.00 | 9.00 | 9.00 | 213.75 | .00 | .00 | 213.75 |

| | | | CURRENT PERIOD | | |
|---|---|---|---|---|---|
| EARNINGS | FEDERAL TAX | FICA | STATE TAX | LOCAL TAX | GARNISHEE |
| 213.75 | 16.05 | 16.35 | 2.91 | .00 | .00 |

| NJ SUI | 2 | 3 | CURRENT DEDUCTIONS 4 | 5 | 6 | 7 | DISABILITY |
|---|---|---|---|---|---|---|---|
| .92 | .00 | .00 | .00 | .00 | .00 | .00 | 1.07 |

| | YEAR TO DATE TOTALS | | | | |
|---|---|---|---|---|---|
| EARNINGS | FEDERAL TAX | FICA | STATE TAX | LOCAL TAX | GARNISHEE BAL. |
| 4404.38 | 231.57 | 336.97 | 58.13 | .00 | .00 |

| EPT. | EMPLOYEE NAME | SOC. SEC. NO. | PERIOD ENDING | CHECK NUMBER | NET PAY |
|---|---|---|---|---|---|
| 80 | DIEGO CARDONA | 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 | 07/29/01 | 25338 | 176.45 |

In re: Diego CARDONA      Debtor(s)     Case No.      (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 250.00 |
| Are real estate taxes included? ☒ Yes ☐ No    Is property insurance included? ☒ Yes ☐ No | |
| Utilities Electricity and heating fuel | 00.00 |
|      Water and sewer | 00.00 |
|      Telephone | 00.00 |
|      Other | 00.00 |
| Home maintenance (repairs and upkeep) | 00.00 |
| Food | 175.00 |
| Clothing | 00.00 |
| Laundry and dry cleaning | 20.00 |
| Medical and dental expenses | 00.00 |
| Transportation (not including car payments) | 60.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 80.00 |
| Charitable contributions | 00.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's | 00.00 |
|      Life | 00.00 |
|      Health | 00.00 |
|      Auto | 100.00 |
|      Other | |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|      Auto | 650.00 |
|      Other | |
| Alimony, maintenance, and support paid to others | 00.00 |
| Payments for support of additional dependents not living at your home | 00.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 00.00 |
| Other | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 1335.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each | $ |
|          (interval) | |

3872 • 1991 JULIUS BLUMBERG, INC., NYC 10013

In re:  Diego CARDONA                          Debtor(s)        Case No.

                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____20_____ sheets, and that
                                                                                                    (Total shown on summary page plus 1.)
they are true and correct to the best of my knowledge, information, and belief.

Date                                          Signature  _Diego  L. CARDONA_____
                                                                            Debtor

Date                                          Signature: _____
                                                                   (Joint Debtor, if any)

                                              (If joint case, both spouses must sign.)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an
authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.        (Total shown on summary page plus 1.)

Date                                          Signature: _____

                                                          (Print or type name of individual signing on behalf of debtor.)

                             (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

3077 - 1991 JULIUS BLUMBERG, INC., NYC 10013

UNITED STATES BANKRUPTCY COURT     DISTRICT OF New Jersey

In re: Diego Cardona       Debtor(s)      Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**DEFINITIONS**

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None   **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

2001 $5,122.72
2000 $24,099.00
1999 $ 00.00

☒ None   **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☒ None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME and ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None   b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☐ None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION AND STATUS OR DISPOSITION.

☒ None   b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year

Superior Court of New Jersey Law Division
Special Civil Part Union County Courthouse
Old Annex 3rd floor
2 Broad Street, Elizabeth, NJ 07202
Docket # DC-3336-01

**Copy C For EMPLOYEE'S RECORDS**
(See Notice to Employee on back of Copy B.)

| a Control number | | OMB No. 1545-0008 | |
|---|---|---|---|

| b Employer identification number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| | | 632.25 | 63.39 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| SHAKRON GOLF CLUB | 632.25 | 39.19 |
| 1730 MORRIS AVENUE | 5 Medicare wages and tips | 6 Medicare tax withheld |
| P.O. BOX 1278 | 632.25 | 9.17 |
| UNION NJ 07083 | 7 Social security tips | 8 Allocated tips |
| | .00 | .00 |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | .00 | .00 |

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| DIEGO CARDONA | .00 | .00 |
| ELIZABETH | 13 See Instrs. for box 13 | 14 Other |
| 12 WILSON TERRACE | .00 | 2.72 NJSUI |
| ELIZABETH | .00 | 3.16 NJDSB |
| NJ 07208 | .00 | .00 |

| 15 Statutory employee | Deceased | Pension plan | Legal rep | Deferred compensation |
|---|---|---|---|---|

| Form W-2 Wage and Tax Statement 2000 | | | | |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| NJ | 003851X082 | 632.25 | 8.89 | | | |

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

## 2000 W-2 and EARNINGS SUMMARY

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 5665.45 | 687.43 |
| 3 Social security wages | 4 Social security tax withheld |
| 5964.26 | 369.78 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5964.26 | 86.48 |

| 8 Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 008518 EJG | 110 | | A     23 |

c Employer's name, address, and ZIP code

MAPLEWOOD COUNTRY CLUB
28 BAKER ST
MAPLEWOOD NJ 07040

Batch #00603

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 22-1091050 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See Instrs. for box 13 | 14 Other |
| D 298.81 | 25.72 UI/HC/WF |
| | 30.26 NJ DI |

| 15 Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |
|---|---|---|---|---|
| | | X | | X |

e/f Employee's name, address and ZIP code

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH,NJ 07208

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| NJ | 221091050/000 | 5665.45 |
| 18 State income tax | | 19 Locality name |
| 93.54 | | |
| 20 Local wages, tips, etc. | | 21 Local income tax |

**W-2** Wage and Tax Statement
Employee Reference Copy **2000**  OMB No. 1545-0008
Copy C for employee's records.

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2000 pay stub plus any adjustments submitted by your employer.**

|  |  | Social Security Tax Withheld | 369.78 | NJ State Income Tax | 93.54 |
|---|---|---|---|---|---|
| Gross Pay | 6051.26 | | | Box 18 of W-2 | |
| | | Box 4 of W-2 | | SUI/SDI | 55.98 |
| | | | | Box 14 of W-2 | |
| Fed. Income Tax Withheld | 687.43 | Medicare Tax Withheld | 86.48 | | |
| Box 2 of W-2 | | Box 6 of W-2 | | | |

**2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.**

|  | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 6,051.26 | 6,051.26 | 6,051.26 | 6,051.26 |
| Less 401(k) (D-Box 13) | 298.81 | N/A | N/A | 298.81 |
| Less Meals | 87.00 | 87.00 | 87.00 | 87.00 |
| Reported W-2 Wages | 5,665.45 | 5,964.26 | 5,964.26 | 5,665.45 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH, NJ 07208

Social Security Number: 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
Taxable Marital Status:   SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE:   0       Table A

© 2000 AUTOMATIC DATA PROCESSING, INC.
Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.

---

## 1999 W-2 and EARNINGS SUMMARY

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 17802.31 | 2362.44 |
| 3 Social security wages | 4 Social security tax withheld |
| 18520.24 | 1148.25 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 18520.24 | 268.54 |

| Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 008518 EJG | 110 | | A     22 |

Employer's name, address and ZIP code

MAPLEWOOD COUNTRY CLUB
8 BAKER ST
MAPLEWOOD NJ 07040

Batch #00915

| Employer's FED ID number | d Employee's SSA number |
|---|---|
| 22-1091050 | 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 |
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12 Benefits included in box 1 |
| See instrs. for box 13 | 14 Other |
| D 717.93 | 93.86 NJ DI |
| | 79.78 UI/HC/WF |

| Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |
|---|---|---|---|---|
| | | X | | X |

Employee's name, address and ZIP code

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH,NJ 07208

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| NJ | 221091050/000 | 17802.31 |
| 3 State income tax | | 19 Locality name |
| 277.73 | | |
| Local wages, tips, etc. | | 21 Local income tax |

**W-2** Wage and Tax Statement
Employee Reference Copy **1999**

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 1999 pay stub plus any adjustments submitted by your employer.**

|  |  | Social Security Tax Withheld | 1148.25 | NJ State Income Tax | 277.73 |
|---|---|---|---|---|---|
| Gross Pay | 18771.24 | | | Box 18 of W-2 | |
| | | Box 4 of W-2 | | SUI/SDI | 173.64 |
| | | | | Box 14 of W-2 | |
| Fed. Income Tax Withheld | 2362.44 | Medicare Tax Withheld | 268.54 | | |
| Box 2 of W-2 | | Box 6 of W-2 | | | |

**2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.**

|  | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 18,771.24 | 18,771.24 | 18,771.24 | 18,771.24 |
| Less 401(k) (D-Box 13) | 717.93 | N/A | N/A | 717.93 |
| Less Meals | 251.00 | 251.00 | 251.00 | 251.00 |
| Reported W-2 Wages | 17,802.31 | 18,520.24 | 18,520.24 | 17,802.31 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH,NJ 07208

Social Security Number: 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
Taxable Marital Status:   SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE:   0       Table A

Form
**1040EZ**

Department of the Treasury -- Internal Revenue Service
**Income Tax Return for Single and
Joint Filers With No Dependents**

**2000** OMB No. 1545-0675

| Use IRS Label | | |
|---|---|---|
| Your first name, initial, & last name. If a joint return, spouse's first name, initial, & last name. Home address (number and street, & apt. no.). If you have a P.O. box, see inst. City, town or post office, state, & ZIP code. If you have a foreign address, see instructions. | DIEGO CARDONA<br><br>12 WILSON TERRACE<br>Elizabeth NJ 07208- | Your social security number<br><br>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<br><br>Spouse's social security number |

**Presidential Campaign** (See inst.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or spouse if a joint return, want $3 to go to this fund? ⌐1

|  | You | | Spouse | |
|---|---|---|---|---|
|  | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
|  | Dollars | | | Cents |

**Income**

Attach Form(s) W-2 here. Enclose, but do not attach, any payment.

1 Total wages, salaries, and tips. This should be shown in box 1 of your W-2 form(s). Attach your W-2 form(s). **1** | 24,099.

2 Taxable interest. If the total is over $400, you cannot use Form 1040EZ. **2**

3 Unemployment compensation, qualified state tuition program earnings, and Alaska Permanent Fund dividends (see instructions). **3**

4 Add lines 1, 2, and 3. This is your adjusted gross income. **4** | 24,099.

**Note. You must check Yes or No.** ⌐

5 Can your parents (or someone else) claim you on their return?
Yes. Enter amount from worksheet on page 2. ☐    No. If single , enter 7,200.00. If married , enter 12,950.00. [X] See page 2 for explanation. **5** | 7,200.

6 Subtract line 5 from line 4. If line 5 is larger than line 4, enter 0. This is your taxable income. ⌐6 | 16,899.

**Payments and tax**

7 Enter your Federal income tax withheld from box 2 of your W-2 form(s). **7** | 3,112.

8a Earned income credit (EIC). See instructions.
b Nontaxable earned income; enter type and amount below.
Type _____ $_____ **8a** | NO

9 Add lines 7 and 8a. These are your total payments. **9** | 3,112.

10 Tax. Use the amount on line 6 above to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line. **10** | 2,531.

**Refund**

Have it directly deposited! See instructions and fill in 11b, 11c, and 11d.

11a If line 9 is larger than line 10, subtract line 10 from line 9. This is your refund. **11a** | 581.

b Routing number ⌐

c Type: Checking ☐  Savings ☐    d Account number

**Amount you owe**

12 If line 10 is larger than line 9, subtract line 9 from line 10. This is the amount you owe. See instructions for details on how to pay. **12**

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and accurately lists all amounts and sources of income I received during the tax year.

**Sign here** ▶ Your signature
Keep a copy for your records.

Date    Your occupation SALESMAN

Spouse's signature if joint return. See instructions.

Date    Spouse's occupation

| For Official Use Only | 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ | 5 ☐ |
|---|---|---|---|---|---|
| | 6 ☐ | 7 ☐ | 8 ☐ | 9 ☐ | 10 ☐ |

May the IRS discuss this return with the preparer shown on page 2 (see instructions)? ☐ Yes  [X] No

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see inst.

2000 Form **1040EZ**

CAA    0  1040EZ1    NTF 30752    GLD 4415    Copyright 2000 Greatland/Nelco LP - Forms Software Only

Case 01-39673-NLW    Doc 1    Filed 08/29/01    Entered 08/29/01 11:22:00    Desc
Converted from ECM (10126709)    Page 26 of 55

| Use this form if | Your filing status is single or married filing jointly. | You (and your spouse if married) were under 65 on January 1, 2001, and not blind at the end of 2000. |
|---|---|---|
| | You do not claim any dependents. | Your taxable income (line 6) is less than $50,000. |

Your filing status is single or married filing jointly.

You do not claim any dependents.

You do not claim a student loan interest deduction (see instructions) or an education credit.

You had only wages, salaries, tips, taxable scholarship or fellowship grants, unemployment compensation, qualified state tuition program earnings, or Alaska Permanent Fund dividends, and your taxable interest was not over $400. But if you earned tips, including allocated tips, that are not included in box 5 and box 7 of your W-2, you may not be able to use Form 1040EZ. See instructions. If you are planning to use Form 1040EZ for a child who received Alaska Permanent Fund dividends, see instructions.

You did not receive any advance earned income credit payments.

If you are not sure about your filing status, see instructions. If you have questions about dependents, use TeleTax topic 354 (see instructions). If you cannot use this form, use TeleTax topic 352 (see instructions).

## Filling in your return

For tips on how to avoid common mistakes, see instructions.

Enter your (and your spouse's if married) social security number on page 1. Because this form is read by a machine, please print your numbers inside the boxes like this:

| 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|

Do not type your numbers. Do not use dollar signs.

If you received a scholarship or fellowship grant or tax-exempt interest income, such as on municipal bonds, see the booklet before filling in the form. Also, see the booklet if you received a Form 1099-INT showing Federal income tax withheld or if Federal income tax was withheld from your unemployment compensation or Alaska Permanent Fund dividends.

Remember, you must report all wages, salaries, and tips even if you do not get a W-2 form from your employer. You must also report all your taxable interest, including interest from banks, savings and loans, credit unions, etc., even if you do not get a Form 1099-INT.

## Worksheet for dependents who checked "Yes" on line 5

(keep a copy for your records)

Use this worksheet to figure the amount to enter on line 5 if someone can claim you (or your spouse if married) as a dependent, even if that person chooses not to do so. To find out if someone can claim you as a dependent, use TeleTax topic 354 (see instructions).

A. Amount, if any, from line 1 on page 1

+ 250.00 Enter total .....J A. _____

B. Minimum standard deduction ...................................... B. 700.00

C. Enter the larger of line A or line B here ............................ C. _____

D. Maximum standard deduction. If single, enter 4,400.00; if married, enter 7,350.00 ...................................... D. _____

E. Enter the smaller of line C or line D here. This is your standard deduction ...................................... E. _____

F. Exemption amount.

If single, enter 0.

If married and--

--both you and your spouse can be claimed as dependents, enter 0.

--only one of you can be claimed as a dependent, enter 2,800.00.

F. _____

G. Add lines E and F. Enter the total here and on line 5 on page 1 .................. G. _____

If you checked "No" on line 5 because no one can claim you (or your spouse if married) as a dependent, enter on line 5 the amount shown below that applies to you.

Single, enter 7,200.00. This is the total of your standard deduction (4,400.00) and your exemption (2,800.00).

Married, enter 12,950.00. This is the total of your standard deduction (7,350.00), your exemption (2,800.00), and your spouse's exemption (2,800.00).

## Mailing return

Mail your return by April 16, 2001. Use the envelope that came with your booklet. If you do not have that envelope, see instructions for the address to use.

## Paid preparer's use only

See instructions.

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income received during the tax year. This declaration is based on all information of which I have any knowledge.

| Preparer's signature k 1 | Date 04/09/2001 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's name (or yours k if self-employed), 1 address, and ZIP code | COSTAMAR TRAVEL 310 MORRIS AVE Elizabeth NJ 07208- | EIN 22-3189510 | |
| | | Phone no. | 908-355-7670 |

CAA    0    1040EZ2    NTF 30753    Copyright 2000 Greatland/Nelco LP - Forms Software Only    Form 1040EZ (2000)



NJ-1040/
HR-1040
2000

PAGE 1

**STATE OF NEW JERSEY INCOME TAX – RESIDENT RETURN**
**HOMESTEAD REBATE APPLICATION**
For Privacy Act Notification, See Instructions
For Tax Year Jan. - Dec. 2000 or Other Tax Year

Beginning _____ , 2000 Month Ending _____ , _____

THIS IS PAGE 1 OF YOUR 2000 NJ-1040/HR-1040. IT MUST
BE FILED IN ORDER FOR YOUR RETURN TO BE PROCESSED

0 0

|  | 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 | CARD | 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 | 2004 |

Name
and
Address

CARDONA DIEGO

12 WILSON TERRACE
Elizabeth                    NJ 07208-0000

| 001 | 00 | 014 | 24099 | 038 | 334 | 008 | 0 |
|-----|-----|-----|-------|-----|-----|------|---|
| EXT | 0 | 15a | 0 | 039 | 0 | 009 | 0 |
| FS | 1 | 15b | 0 | 041 | 0 | MS | 0 |
| 006 | 1 | 016 | 0 | 042 | 334 | 010 | 0 |
| 007 | 0 | 017 | 0 | 043 | 381 | 012 | 0 |
| 008 | 0 | 018 | 0 | 044 | 0 | 13B | 0 |
| 009 | 0 | 19a | 0 | 045 | 0 | 13L | 0 |
| 010 | 0 | 19b | 0 | 046 | 0 | 13Q | 0 |
| 011 | 0 | 19c | 0 | 047 | 0 | 14a | 0 |
| 12a | 1 | 020 | 0 | 048 | 0 | 14b | 0 |
| 12b | 0 | 021 | 0 | 049 | 381 | 14c | 0 |
| 13F | 000000 | 022 | 0 | 050 | 0 | 14d | 0 |
| 13T | 000000 | 023 | 0 | 051 | 47 | 015 | 0 |
| GEF | 0 | 024 | 0 | 052 | 0 | 16a | 0 |
| DNM | 0 | 025 | 0 | 053 | 0 | 16b | 0 |
| 22c | 0 | 026 | 24099 | 054 | 0 | 017 | 0 |
| 22I | 0 | 028 | 0 | 055 | 0 | 18a | 0 |
| PA | 0 | 30c | 1000 | 056 | 0 | 18b | 0 |
|  |  | 031 | 0 | 057 | 0 | EI1 | 0 |
|  |  | 032 | 0 | 058 | 0 | EI2 | 0 |
|  |  | 033 | 0 | 58C | 00 | EI3 | 0 |
|  |  | 036 | 0 | 059 | 0 | EI4 | 0 |
|  |  | 037 | 23099 | 060 | 47 |  |  |

Under the penalties of perjury, I declare that I have examined this income tax return and Homestead Rebate Application,
including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If
prepared by a person other than taxpayer, this declaration is based on all information of which the preparer has any knowledge.

J _____            J _____

| Your Signature | Date | Spouse's Signature (If filing jointly, BOTH must sign) |

| Paid Preparer's Signature | Federal Identification Number |
| | 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 |

| Firm's Name COSTAMAR TRAVEL | Federal Employer Identification No. |
| Elizabeth          NJ 07208- | 22-3189510 |

Pay amount on line 50 in full. Write
Social Security # on check or money
order and make payable to:
STATE OF NEW JERSEY – TGI
If you have an amount due, enclose
your check and NJ-1040-V payment
voucher and your return to: N J
Division of Taxation, Revenue
Processing Center, PO Box 111,
Trenton, NJ 08645-0111
IF REFUND: N J Division of
Taxation, Revenue Processing
Center, PO Box 555, Trenton, NJ
08647-0555

0 NJ1     NTF 33500     Copyright 2000 Greatland/Nelco LP - Forms Software Only

UTS

NJ-1040/HR-1040 (2000)  PAGE 2

| Name | Social Security Number |
|---|---|
| CARDONA DIEGO | 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 |

**FILING STATUS** 1. ☒ Single   2. ☐ Married, filing joint return   3. ☐ Married, filing separate return   4. ☐ Head of Household   5. ☐ Qualifying Widow(er)

**EXEMPTIONS**
6. Regular — 1
7. Age 65 or Over — 0
8. Blind or Disabled — 0
9. Number of qualified dependent children — 0

10. Number of other dependents — 0
11. Dependents attending colleges — 0
12. Totals (Line 12a -- Add Lines 6, 7, 8 and 11) — 1
      (Line 12b -- Add Lines 9 and 10) — 0

**RESIDENCY STATUS** 13. If you were a New Jersey resident for ONLY part of the taxable year, give the period of New Jersey residency:  From _____ To _____  (MONTH DAY YEAR / MONTH DAY YEAR)

**GUBERNATORIAL ELECTIONS FUND**
Do you wish to designate $1 of your taxes for this fund?  ☐ Yes  ☒ No
If joint return, does your spouse wish to designate $1?  ☐ Yes  ☐ No

| | | |
|---|---|---|
| 14. Wages, salaries, tips, and other employee compensation (Enclose W-2) | 14 | 24,099. |
| 15a. Taxable interest income | 15a | |
| 15b. Tax exempt interest income, DO NOT include on Line 15a    15b | | |
| 16. Dividends | 16 | |
| 17. Net profits from business (Enclose copy of Federal Schedule C, Form 1040) | 17 | |
| 18. Net gains or income from disposition of property (Schedule B, Line 4) | 18 | |
| 19. Pensions, Annuities,   a. Taxable Amount Received  19a | | |
| and IRA Withdrawals   b. Less N.J. Pension Exclusion  19b | | |
| c. Subtract Line 19b from Line 19a | 19c | |
| 20. Distributive Share of Partnership Income (See instructions) | 20 | |
| 21. Net pro rata share of S Corporation Income (See instructions) | 21 | |
| 22. Net gain or income from rents, royalties, patents & copyrights (Schedule C, Line 3) | 22 | |
| 23. Net Gambling Winnings | 23 | |
| 24. Alimony and separate maintenance payments received | 24 | |
| 25. Other (See instructions) | 25 | |
| 26. Total income (Add Lines 14, 15a, 16, 17, 18, 19c, 20, 21, 22, 23, 24 and 25) | 26 | 24,099. |
| 27. THIS LINE IS NOT USED ON COMPUTER GENERATED RETURNS | 27 | |
| 28. Other Retirement Income Exclusion (See Worksheet and instr.) | 28 | |
| 29. New Jersey Gross Income (Subtract Line 28 from Line 26) See instructions | 29 | 24,099. |
| 30a. Exemptions:   From Line 12a  1 x $1,000 = 1,000. | | |
| 30b.     From Line 12b  x $1,500 = | | |
| 30c. Total Exemption Amount (Add Line 30a and Line 30b) Part Year Residents see instructions | 30c | 1,000. |
| 31. Medical Exp/Medical Savings Acct Contributions (See Worksheet and instr.) | 31 | |
| 32. Alimony and Separate Maintenance Payments | 32 | |
| 33. Qualified Conservation Contribution | 33 | |
| 34. Total Exemptions and Deductions (Add Lines 30c, 31, 32 and 33) | 34 | 1,000. |
| 35. Taxable Income (Subtract Line 34 from Line 29) If zero or less, MAKE NO ENTRY | 35 | 23,099. |
| 36. Property Tax Deduction (See instructions) | 36 | |
| 37. NEW JERSEY TAXABLE INCOME (Subtract Line 36 from Line 35) If zero or less, MAKE NO ENTRY | 37 | 23,099. |
| 38. Tax (From Tax Tables) | 38 | 334. |
| 39. Credit For Income Taxes Paid to Other Jurisdictions (See instructions) | 39 | |
| 40. Balance of Tax (Subtract Line 39 from Line 38) | 40 | 334. |
| 41. Use Tax Due on Out-of-State Purchases (See instructions) If no Use Tax, enter ZERO | 41 | 0 |
| 42. Total Tax (Add Line 40 and Line 41) | 42 | 334. |
| 43. Total New Jersey Income Tax Withheld (Enclose forms W-2 and 1099-R) | 43 | 381. |
| 44. Property Tax Credit (See instructions) | 44 | |
| 45. New Jersey Estimated Tax Payments/Credit from 1999 tax return | 45 | |
| Check ☐ if Form NJ-2210 is enclosed. | | |
| 46. New Jersey Earned Income Tax Credit | 46 | |
| 47. EXCESS New Jersey UI/HC/WD Withheld (See instr.) (Enclose Form NJ-2450) | 47 | |
| 48. EXCESS New Jersey Disability Insurance Withheld (See instr.) (Enclose Form NJ-2450) | 48 | |
| 49. Total Payments/Credits (Add Lines 43 through 48) | 49 | 381. |

UTSO NJ2   NTF 33501   Copyright 2000 Greatland/Nelco LP - Forms Software Only

NJ-1040/HR-1040 (2000) | | PAGE 3

| Name CARDONA DIEGO | Social Security Number 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 |
|---|---|

50. If payments (Line 49) are LESS THAN tax (Line 42) enter AMOUNT OF TAX YOU OWE ............... | 50 |

If you owe tax, you may make a donation by entering an amount on Lines 53, 54, 55, 56, 57 and/or 58 and adding this to your check amount.

51. If payments (Line 49) are MORE THAN tax (Line 42) enter OVERPAYMENT ..................... | 51 | 47.

**NOTE: AN ENTRY ON LINES 52, 53, 54, 55, 56, 57 AND/OR 58 WILL REDUCE YOUR TAX REFUND.**

Deductions from Overpayment on Line 51 which you elect to credit to:

| | | | | | |
|---|---|---|---|---|---|
| 52. Your 2001 tax ................................................... | | | | 52 | |
| 53. The N.J. Endangered Wildlife Fund ................. | $10 | $20 | Other | 53 | |
| 54. N.J. Children's Trust Fund to Prevent Child Abuse .......... | $10 | $20 | Other | 54 | |
| 55. The N.J. Vietnam Veterans' Memorial Fund .............. | $10 | $20 | Other | 55 | |
| 56. N.J. Breast Cancer Research Fund .................... | $10 | $20 | Other | 56 | |
| 57. U.S.S. New Jersey Educational Museum Fund ........... | $10 | $20 | Other | 57 | |
| 58. Other Designated Contribution ....................... | $10 | $20 | Other | 58 | |
| 59. Total Deductions from Overpayment (Add Lines 52 through 58) ....................... | | | | 59 | |
| 60. REFUND (Amount to be sent to you, Line 51 LESS Line 59) ................. | | | | 60 | 47. |

## EARNED INCOME TAX CREDIT SCHEDULE

You may be eligible for the New Jersey Earned Income Tax Credit if you claimed the Federal Earned Income Credit for 2000, your gross income on Line 29, Form NJ-1040 is $20,000 or less and your filing status for New Jersey is the same as your filing status on your Federal income tax return. Complete this schedule to see if you are eligible. You are not eligible for the New Jersey Earned Income Tax Credit if your filing status is single or married, filing separate return or if you answer "No" to question 1 below. See instructions.

| | | |
|---|---|---|
| 1. Did you file a 2000 Federal Schedule EIC, on which you listed at least one "qualifying child"? ........... | ☐ Yes | ☒ No |
| 2. Fill in the box if you had the IRS figure your Federal Earned Income Credit ................. | ☐ | |
| 3. Enter the amount of Federal Earned Income Credit from your 2000 Federal Form 1040 or 1040a ........ | 3 | |
| 4. Enter 10% of amount on line 3 here and on Page 2, Line 46 ............................... | 4. | |

## 2000 HR-1040 HOMESTEAD REBATE APPLICATION

7. On December 31, 2000 I (and/or my spouse) was: ........ ☐ Age 65 or older ☐ Blind or disabled ☐ Not 65 or blind or disabled
   Fill in only one box. See instructions.

8. Enter the GROSS INCOME you reported on Line 29, Form NJ-1040 or see instructions .............. | 8 |

9. If your filing status is MARRIED, FILING SEPARATE RETURN and you and your spouse MAINTAIN THE SAME PRINCIPAL RESIDENCE enter the gross income reported on your spouse's return (Line 29, Form NJ-1040) and check this box .................... W ☐ | 9 |

10. TOTAL GROSS INCOME (Add Line 8 and Line 9) .................................... | 10. |

**STOP – IF LINE 10 IS MORE THAN $100,000, YOU ARE NOT ELIGIBLE FOR A REBATE.**

11. Enter your NJ residence on Dec. 31, 2000 if different than above. If you were not a resident on Dec. 31, 2000 enter your last NJ residence.
    Street Address _____ Municipality _____

12. Check your residency status during 2000: a. ☐ Homeowner b. ☐ Tenant c. ☐ Both

13. If you checked "Homeowner" or "Both" on line 12, enter the block and lot number of the residence for which the rebate is claimed.
    Block _____ Lot _____ Qualifier _____

| | | |
|---|---|---|
| 14a. Did you live at more than one New Jersey residence during the year? ................................ | ☐ Yes | ☐ No |
| b. Did you share ownership of a principal residence during the year with anyone, other than your spouse? .......... | ☐ Yes | ☐ No |
| c. Did any principal residence you owned during the year consist of multiple dwelling units? .................... | ☐ Yes | ☐ No |
| d. Did anyone, other than your spouse, occupy & share rent with you for an apt. or other rental dwelling during year? | ☐ Yes | ☐ No |
| Home 15. Total 2000 prop. taxes you (& your spouse) paid on your principal resid. in NJ during 2000 .... | 15 | |
| Owner 16a. Total Property taxes paid (Sch. HR-A, PART I, Line 5) ........................... | 16a | |
| 16b. Number of days as an owner (Sch. HR-A, PART I, Line 6) ........................... | 16b | |
| 17. Enter total rent you (and your spouse) paid on your principal residence in NJ during 2000 .... | 17 | |
| Tenant 18a. Total Rent paid (Sch. HR-A, PART II, Line 11) ................................... | 18a | |
| 18b. Number of days as a tenant (Sch. HR-A, PART II, Line 10) ......................... | 18b | |

I authorize the Division of Taxation to discuss my return and enclosures with my preparer ........................ ☐

UTSO NJ3    NTF 33502    Copyright 2000 Greatland/Nelco LP - Forms Software Only

**a** Control number

**b** Employer identification number
[...]

**c** Employer's name, address, and ZIP code
SUNRISE GOLF CLUB
1730 BURRIS AVENUE
WAYNE NJ 07483
P.O. BOX 1273
WAYNE NJ 07483

**d** Employee's social security number
[...]

**e** Employee's name, address, and ZIP code
[...] BAY SIDE TERRACE
[...] CLIFTON NJ
[...] 07009

OMB No. 1545-0008

Copy C For EMPLOYEE'S RECORDS
(See Notice to Employee on back of Copy B.)

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 6,322.25 | 63,  .  |
| 3 Social security wages | 4 Social security tax withheld |
| 6,322.25 | 391.9 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6,322.25 | 9.1 |
| 7 Social security tips | 8 Allocated tips |
| .00 | .00 |
| 9 Advance EIC payment | 10 Dependent care benefits |
| .00 | .00 |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| .00 | .00 |
| 13 See Insrs. for box 13 | 14 Other |
| .00 | 2.72 NJSWF |
| .00 | 3.16 NJDIER |
| .00 | .00 |

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| NJ | [...] | 6,322.25 | 89.89 | | | |

**Form W-2** Wage and Tax Statement **2000**

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

case 01-30679-NLW Doc 1 Filed 05/25/01 ... with your W-2 to help describe portions in more data ... converted from TOM (id128709) Page 31 of 55

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 5665.45 | 687.43 |
| 3 Social security wages | 4 Social security tax withheld |
| 5964.26 | 369.78 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 5964.26 | 86.48 |
| a Control Number | Dept. 110 | Corp. | Employer use only A | 23 |

c Employer's name, address, and ZIP code

MAPLEWOOD COUNTRY CLUB
28 BAKER ST
MAPLEWOOD NJ 07040

Batch #00603

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 22-1091050 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |
| D 298.81 | 25.72 UI/HC/WF |
| | 30.26 NJ DI |
| 15 Stat emp. | Deceased | Pension plan X | Legal rep. | Deferred comp. X |

e/f Employee's name, address and ZIP code

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH,NJ 07208

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| NJ | 221091050/000 | 5665.45 |
| 18 State income tax | 19 Locality name |
| 93.54 | |
| 20 Local wages, tips, etc. | 21 Local income tax |

Employee Reference Copy

# W-2 Wage and Tax Statement 2000
OMB No. 1545-0008

Copy C for employee's records

This blue Earnings Summary section is included with your W-2 to help describe portions in more data ... reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2000 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 6051.26 | Social Security Tax Withheld Box 4 of W-2 | 369.78 | NJ State Income Tax Box 18 of W-2 | 93.54 |
| | | | | SUI/SDI Box 14 of W-2 | 55.98 |
| Fed. Income Tax Withheld Box 2 of W-2 | 687.43 | Medicare Tax Withheld Box 6 of W-2 | 86.48 | | |

**2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 6,051.26 | 6,051.26 | 6,051.26 | 6,051.26 |
| Less 401(k) (D-Box 13) | 298.81 | N/A | N/A | 298.81 |
| Less Meals | 87.00 | 87.00 | 87.00 | 87.00 |
| Reported W-2 Wages | 5,665.45 | 5,964.26 | 5,964.26 | 5,665.45 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dep

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH,NJ 07208

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0   Table A

© 2000 AUTOMATIC DATA PROCESSING, INC
Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.

---

# 1999 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 1999 pay stub plus any adjustments submitted by your employer.**

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 18771.24 | Social Security Tax Withheld Box 4 of W-2 | 1148.25 | NJ State Income Tax Box 18 of W-2 | 277.73 |
| | | | | SUI/SDI Box 14 of W-2 | 173.64 |
| Fed. Income Tax Withheld Box 2 of W-2 | 2362.44 | Medicare Tax Withheld Box 6 of W-2 | 268.54 | | |

**2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NJ State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 18,771.24 | 18,771.24 | 18,771.24 | 18,771.24 |
| Less 401(k) (D-Box 13) | 717.93 | N/A | N/A | 717.93 |
| Less Meals | 251.00 | 251.00 | 251.00 | 251.00 |
| Reported W-2 Wages | 17,802.31 | 18,520.24 | 18,520.24 | 17,802.31 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH,NJ 07208

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0   Table A

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 17802.31 | 2362.44 |
| 3 Social security wages | 4 Social security tax withheld |
| 18520.24 | 1148.25 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 18520.24 | 268.54 |
| Control Number | Dept. 110 | Corp. | Employer use only A | 22 |

Employer's name, address, and ZIP code

MAPLEWOOD COUNTRY CLUB
8 BAKER ST
MAPLEWOOD NJ 07040

Batch #00915

| Employer's FED ID number | d Employee's SSA number |
|---|---|
| 22-1091050 | 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 |
| 7 Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12 Benefits included in box 1 |
| See instrs. for box 13 | 14 Other |
| D 717.93 | 93.86 NJ DI |
| | 79.78 UI/HC/WF |
| Stat emp. | Deceased | Pension plan X | Legal rep. | Deferred comp. X |

Employee's name, address and ZIP code

DIEGO CARDONA
445 ELMORA AVE
ELIZABETH,NJ 07208

| 16 State | Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|---|
| NJ | 221091050/000 | 17802.31 |
| 18 State income tax | 19 Locality name |
| 277.73 | |
| 20 Local wages, tips, etc. | 21 Local income tax |

Employee Reference Copy

# W-2 Wage and Tax 1999

Department of the Treasury – Internal Revenue Service

**Form 1040EZ**

**Income Tax Return for Single and Joint Filers With No Dependents**

**2000**    OMB No. 1545-0675

Use IRS Label
Your first name, initial, & last name
If a joint return, spouse's first name, initial, & last name
Home address (number and street, & apt. no.). If you have a P.O. box, see inst.
City, town or post office, state, & ZIP code. If you have a foreign address, see instructions.

DIEGO CARDONA

12 WILSON TERRACE
Elizabeth NJ 07208~

Your social security number

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

Spouse's social security number

**Presidential Campaign** (See inst.)    Note. Checking "Yes" will not change your tax or reduce your refund. Do you, or spouse if a joint return, want $3 to go to this fund?    ☐ Yes ☐ No (You)  ☐ Yes ☐ No (Spouse)

| | | | You Dollars | Spouse Cents |
|---|---|---|---|---|

**Income**
Attach Form(s) W-2 here. Enclose, but do not attach, any payment.

1 Total wages, salaries, and tips. This should be shown in box 1 of your W-2 form(s). Attach your W-2 form(s).    **1**    24,099.

2 Taxable interest. If the total is over $400, you cannot use Form 1040EZ.    **2**

3 Unemployment compensation, qualified state tuition program earnings, and Alaska Permanent Fund dividends (see instructions).    **3**

4 Add lines 1, 2, and 3. This is your adjusted gross income.    **4**    24,099.

Note. You must check Yes or No.

5 Can your parents (or someone else) claim you on their return?
Yes. Enter amount from worksheet on page 2. ☐
No. If single, enter 7,200.00. If married, enter 12,950.00. ☒ See page 2 for explanation.    **5**    7,200.

6 Subtract line 5 from line 4. If line 5 is larger than line 4, enter 0. This is your taxable income.    **6**    16,899.

**Payments and tax**

7 Enter your Federal income tax withheld from box 2 of your W-2 form(s).    **7**    3,112.

8a Earned income credit (EIC). See instructions.
b Nontaxable earned income: enter type and amount below.
Type ____  $ ____    **8a**    NO

9 Add lines 7 and 8a. These are your total payments.    **9**    3,112.

10 Tax. Use the amount on line 6 above to find your tax in the tax table in the instructions. Then, enter the tax from the table on this line.    **10**    2,531.

**Refund**
Have it directly deposited! See instructions and fill in 11b, 11c, and 11d.

11a If line 9 is larger than line 10, subtract line 10 from line 9. This is your refund.    **11a**    581.

b Routing number ____
c Type: ☐ Checking ☐ Savings    d Account number ____

**Amount you owe**

12 If line 10 is larger than line 9, subtract line 9 from line 10. This is the amount you owe. See instructions for details on how to pay.    **12**

I have read this return. Under penalties of perjury, I declare that to the best of my knowledge and belief, the return is true, correct, and accurately lists all amounts and sources of income I received during the tax year.

**Sign here**
Keep copy for your records.

Your signature ____    Date ____    Your occupation SALESMAN
Spouse's signature if joint return. See instructions. ____    Date ____    Spouse's occupation ____

For Official Use Only

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 | 7 | 8 | 9 | 10 |
| ☐ | ☐ | ☐ | ☐ | ☐ |

May the IRS discuss this return with the preparer shown on page 2 (see instructions)?    ☐ Yes ☒ No

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see inst.

2000 Form 1040EZ

CAA    0  1040EZ1    NTF 30752    GLD 4415    Copyright 2000 Greatland/Nelco LP - Forms Software Only

| Use this form if | Your filing status is single or married filing jointly. | You (and your spouse if married) were under 65 on January 1, 2001, and not blind at the end of 2000. |
|---|---|---|
| | You do not claim any dependents. | Your taxable income (line 6) is less than $50,000. |

You do not claim a student loan interest deduction (see instructions) or an education credit.

You had only wages, salaries, tips, taxable scholarship or fellowship grants, unemployment compensation, qualified state tuition program earnings, or Alaska Permanent Fund dividends, and your taxable interest was not over $400. But if you earned tips, including allocated tips, that are not included in box 5 and box 7 of your W-2, you may not be able to use Form 1040EZ. See instructions. If you are planning to use Form 1040EZ for a child who received Alaska Permanent Fund dividends, see instructions.

You did not receive any advance earned income credit payments.

If you are not sure about your filing status, see instructions. If you have questions about dependents, use TeleTax topic 354 (see instructions). If you cannot use this form, use TeleTax topic 352 (see instructions).

---

**Filling in your return**

For tips on how to avoid common mistakes, see instructions.

Enter your (and your spouse's if married) social security number on page 1. Because this form is read by a machine, please print your numbers inside the boxes like this:

**9 8 7 6 5 4 3 2 1 0**   Do not type your numbers. Do not use dollar signs.

If you received a scholarship or fellowship grant or tax-exempt interest income, such as on municipal bonds, see the booklet before filling in the form. Also, see the booklet if you received a Form 1099-INT showing Federal income tax withheld or if Federal income tax was withheld from your unemployment compensation or Alaska Permanent Fund dividends.

Remember, you must report all wages, salaries, and tips even if you do not get a W-2 form from your employer. You must also report all your taxable interest, including interest from banks, savings and loans, credit unions, etc., even if you do not get a Form 1099-INT.

---

**Worksheet for dependents who checked "Yes" on line 5**

(keep a copy for your records)

Use this worksheet to figure the amount to enter on line 5 if someone can claim you (or your spouse if married) as a dependent, even if that person chooses not to do so. To find out if someone can claim you as a dependent, use TeleTax topic 354 (see instructions).

A. Amount, if any, from line 1 on page 1

     +    250.00   Enter total ..... } A. _____

B. Minimum standard deduction ................................... B. _____ 700.00

C. Enter the larger of line A or line B here ........................... C. _____

D. Maximum standard deduction. If single, enter 4,400.00; if married, enter 7,350.00 ................................... D. _____

E. Enter the smaller of line C or line D here. This is your standard deduction ................................... E. _____

F. Exemption amount.
    If single, enter 0.
    If married and—
      --both you and your spouse can be claimed as dependents, enter 0.
      --only one of you can be claimed as a dependent, enter 2,800.00.  } F. _____

G. Add lines E and F. Enter the total here and on line 5 on page 1 .................. G. _____

If you checked "No" on line 5  because no one can claim you (or your spouse if married) as a dependent, enter on line 5 the amount shown below that applies to you.

Single, enter 7,200.00. This is the total of your standard deduction (4,400.00) and your exemption (2,800.00).

Married, enter 12,950.00. This is the total of your standard deduction (7,350.00), your exemption (2,800.00), and your spouse's exemption (2,800.00).

---

**Mailing return**

Mail your return by April 16, 2001 Use the envelope that came with your booklet. If you do not have that envelope, see instructions for the address to use.

---

**Paid preparer's use only**

See instructions.

Under penalties of perjury, I declare that I have examined this return, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income received during the tax year. This declaration is based on all information of which I have any knowledge.

| Preparer's signature | | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|---|
| k 1 | | 04/09/2001 | ☐ | 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 |

| Firm's name (or yours if self-employed), address, and ZIP code | k 1 | COSTAMAR TRAVEL 310 MORRIS AVE Elizabeth NJ 07208- | EIN | 22-3189510 |
|---|---|---|---|---|
| | | | Phone no. | 908-355-7670 |

CAA   0  1040EZ2   NTF 30753   Copyright 2000 Greatland/Nelco LP - Forms Software Only   Form **1040EZ** (2000)

| NJ-1040/ | | STATE OF NEW JERSEY INCOME TAX -- RESIDENT RETURN |
|---|---|---|
| HR-1040 | | HOMESTEAD REBATE APPLICATION |
| 2000 | | For Privacy Act Notification, See Instructions |
| | | For Tax Year Jan. - Dec. 2000 or Other Tax Year |
| PAGE 1 | | Beginning _____ , 2000 Month Ending _____ , ___ |

THIS IS PAGE 1 OF YOUR 2000 NJ-1040/HR-1040. IT MUST     0 0
BE FILED IN ORDER FOR YOUR RETURN TO BE PROCESSED

|  | 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 | CARD | 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 | 2004 |
|---|---|---|---|---|
| Name | CARDONA DIEGO | | | |
| and | | | | |
| Address | 12 WILSON TERRACE | | | |
| | Elizabeth | NJ 07208-0000 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 001 | 00 | 014 | 24099 | 038 | 334 | 008 | 0 |
| EXT | 0 | 15a | 0 | 039 | 0 | 009 | 0 |
| FS | 1 | 15b | 0 | 041 | 0 | MS | 0 |
| 006 | 1 | 016 | 0 | 042 | 334 | 010 | 0 |
| 007 | 0 | 017 | 0 | 043 | 381 | 012 | 0 |
| 008 | 0 | 018 | 0 | 044 | 0 | 13B | 0 |
| 009 | 0 | 19a | 0 | 045 | 0 | 13L | 0 |
| 010 | 0 | 19b | 0 | 046 | 0 | 13Q | 0 |
| 011 | 0 | 19c | 0 | 047 | 0 | 14a | 0 |
| 12a | 1 | 020 | 0 | 048 | 0 | 14b | 0 |
| 12b | 0 | 021 | 0 | 049 | 381 | 14c | 0 |
| 13F | 000000 | 022 | 0 | 050 | 0 | 14d | 0 |
| 13T | 000000 | 023 | 0 | 051 | 47 | 015 | 0 |
| GEF | 0 | 024 | 0 | 052 | 0 | 16a | 0 |
| DNM | 0 | 025 | 0 | 053 | 0 | 16b | 0 |
| 22c | 0 | 026 | 24099 | 054 | 0 | 017 | 0 |
| 22I | 0 | 028 | 0 | 055 | 0 | 18a | 0 |
| PA | 0 | 30c | 1000 | 056 | 0 | 18b | 0 |
| | | 031 | 0 | 057 | 0 | EI1 | 0 |
| | | 032 | 0 | 058 | 0 | EI2 | 0 |
| | | 033 | 0 | 58C | 00 | EI3 | 0 |
| | | 036 | 0 | 059 | 0 | EI4 | 0 |
| | | 037 | 23099 | 060 | 47 | | |

Under the penalties of perjury, I declare that I have examined this income tax return and Homestead Rebate Application,
including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct and complete. If
prepared by a person other than taxpayer, this declaration is based on all information of which the preparer has any knowledge.

Pay amount on line 50 in full. Write
Social Security # on check or money
order and make payable to:
STATE OF NEW JERSEY - TGI
If you have an amount due, enclose
your check and NJ-1040-V payment
voucher and your return to: N J
Division of Taxation, Revenue
Processing Center, PO Box 111,
Trenton, NJ 08645-0111
IF REFUND: N J Division of
Taxation, Revenue Processing
Center, PO Box 555, Trenton, NJ
08647-0555

J _____     J _____
Your Signature          Date          Spouse's Signature (If filing jointly, BOTH must sign)

| Paid Preparer's Signature | Federal Identification Number |
|---|---|
| | 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 |
| Firm's Name COSTAMAR TRAVEL | Federal Employer Identification No. |
| Elizabeth          NJ 07208- | 22-3189510 |

0  NJ1     NTF 33500     Copyright 2000 Greatland/Nelco LP - Forms Software Only

UTS

| Name | Social Security Number |
|------|------------------------|
| CARDONA DIEGO | 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 |

**FILING STATUS** 1. ☒ Single 2. ☐ Married, filing joint return 3. ☐ Married, filing separate return 4. ☐ Head of Household 5. ☐ Qualifying Widow(er)

**EXEMPTIONS**

| | | |
|---|---|---|
| 6. Regular | 1 | 10. Number of other dependents | 0 |
| 7. Age 65 or Over | 0 | 11. Dependents attending colleges | 0 |
| 8. Blind or Disabled | 0 | 12. Totals (Line 12a -- Add Lines 6, 7, 8 and 11) | 1 |
| 9. Number of qualified dependent children | 0 | (Line 12b -- Add Lines 9 and 10) | 0 |

**RESIDENCY STATUS** 13. If you were a New Jersey resident for ONLY part of the taxable year, give the period of New Jersey residency:

From ___ To ___

| | MONTH | DAY | YEAR | | MONTH | DAY | YEAR |

**GUBERNATORIAL ELECTIONS FUND** Do you wish to designate $1 of your taxes for this fund? ☐ Yes ☒ No

If joint return, does your spouse wish to designate $1? ☐ Yes ☐ No

| | | | |
|---|---|---:|---:|
| 14. | Wages, salaries, tips, and other employee compensation (Enclose W-2) | 14 | 24,099. |
| 15a. | Taxable interest income | 15a. | |
| 15b. | Tax exempt interest income. DO NOT include on Line 15a    15b | | |
| 16. | Dividends | 16. | |
| 17. | Net profits from business (Enclose copy of Federal Schedule C, Form 1040) | 17 | |
| 18. | Net gains or income from disposition of property (Schedule B, Line 4) | 18 | |
| 19. | Pensions, Annuities,   a. Taxable Amount Received    19a | | |
| | and IRA Withdrawals   b. Less N.J. Pension Exclusion    19b | | |
| | c. Subtract Line 19b from Line 19a | 19c | |
| 20. | Distributive Share of Partnership Income (See instructions) | 20 | |
| 21. | Net pro rata share of S Corporation Income (See instructions) | 21 | |
| 22. | Net gain or income from rents, royalties, patents & copyrights (Schedule C, Line 3) | 22 | |
| 23. | Net Gambling Winnings | 23. | |
| 24. | Alimony and separate maintenance payments received | 24 | |
| 25. | Other (See instructions) | 25. | |
| 26. | Total income (Add Lines 14, 15a, 16, 17, 18, 19c, 20, 21, 22, 23, 24 and 25) | 26 | 24,099. |
| 27. | THIS LINE IS NOT USED ON COMPUTER GENERATED RETURNS | 27 | |
| 28. | Other Retirement Income Exclusion (See Worksheet and instr.) | 28 | |
| 29. | New Jersey Gross Income (Subtract Line 28 from Line 26) See instructions | 29 | 24,099. |
| 30a. | Exemptions:   From Line 12a ___ 1 x $1,000 = ___ 1,000. | | |
| 30b. | From Line 12b ___ x $1,500 = | | |
| 30c. | Total Exemption Amount (Add Line 30a and Line 30b) Part Year Residents see instructions | 30c | 1,000. |
| 31. | Medical Exp/Medical Savings Acct Contributions (See Worksheet and instr.) | 31 | |
| 32. | Alimony and Separate Maintenance Payments | 32. | |
| 33. | Qualified Conservation Contribution | 33. | |
| 34. | Total Exemptions and Deductions (Add Lines 30c, 31, 32 and 33) | 34 | 1,000. |
| 35. | Taxable Income (Subtract Line 34 from Line 29) If zero or less, MAKE NO ENTRY | 35 | 23,099. |
| 36. | Property Tax Deduction (See instructions) | 36. | |
| 37. | NEW JERSEY TAXABLE INCOME (Subtract Line 36 from Line 35) If zero or less, MAKE NO ENTRY | 37 | 23,099. |
| 38. | Tax (From Tax Tables) | 38. | 334. |
| 39. | Credit For Income Taxes Paid to Other Jurisdictions (See instructions) | 39 | |
| 40. | Balance of Tax (Subtract Line 39 from Line 38) | 40. | 334. |
| 41. | Use Tax Due on Out-of-State Purchases (See instructions) If no Use Tax, enter ZERO | 41 | 0 |
| 42. | Total Tax (Add Line 40 and Line 41) | 42. | 334. |
| 43. | Total New Jersey Income Tax Withheld (Enclose forms W-2 and 1099-R) | 43 | 381. |
| 44. | Property Tax Credit (See instructions) | 44. | |
| 45. | New Jersey Estimated Tax Payments/Credit from 1999 tax return | 45 | |
| | Check ☐ if Form NJ-2210 is enclosed. | | |
| 46. | New Jersey Earned Income Tax Credit | 46. | |
| 47. | EXCESS New Jersey UI/HC/WD Withheld (See instr.) (Enclose Form NJ-2450) | 47 | |
| 48. | EXCESS New Jersey Disability Insurance Withheld (See instr.) (Enclose Form NJ-2450) | 48 | |
| 49. | Total Payments/Credits (Add Lines 43 through 48) | 49. | 381. |

UTSO NJ2    NTF 33501    Copyright 2000 Greatland/Nelco LP - Forms Software Only

NJ-1040/HR-1040 (2000)                                                                                          PAGE 3

| Name | Social Security Number |
|------|------------------------|
| CARDONA  DIEGO | 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 |

50. If payments (Line 49) are LESS THAN tax (Line 42) enter AMOUNT OF TAX YOU OWE . . . . . . . . . . . . . . | 50 |

If you owe tax, you may make a donation by entering an amount on Lines 53, 54, 55, 56, 57 and/or 58 and adding this to your check amount.

51. If payments (Line 49) are MORE THAN tax (Line 42) enter OVERPAYMENT . . . . . . . . . . . . . . . . . . . . | 51 | 47. |

NOTE: AN ENTRY ON LINES 52, 53, 54, 55, 56, 57 AND/OR 58 WILL REDUCE YOUR TAX REFUND.

Deductions from Overpayment on Line 51 which you elect to credit to:

| | | | | | |
|---|---|---|---|---|---|
| 52. Your 2001 tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 52 | . |
| 53. The N.J. Endangered Wildlife Fund . . . . . . . . . . . . . . . . . | ☐ $10 | ☐ $20 | ☐ Other | 53 | |
| 54. N.J. Children's Trust Fund to Prevent Child Abuse . . . . . . . . | ☐ $10 | ☐ $20 | ☐ Other | 54 | |
| 55. The N.J. Vietnam Veterans' Memorial Fund . . . . . . . . . . . . . | ☐ $10 | ☐ $20 | ☐ Other | 55 | |
| 56. N.J. Breast Cancer Research Fund . . . . . . . . . . . . . . . . . | ☐ $10 | ☐ $20 | ☐ Other | 56 | |
| 57. U.S.S. New Jersey Educational Museum Fund . . . . . . . . . . | ☐ $10 | ☐ $20 | ☐ Other | 57 | |
| 58. Other Designated Contribution . . . . . . . . . . . . . . . . . . . . | ☐ $10 | ☐ $20 | ☐ Other ☐ | 58 | |
| 59. Total Deductions from Overpayment (Add Lines 52 through 58) . . . . . . . . . . . . . . . . . . . . . . | | | | 59 | |
| 60. REFUND (Amount to be sent to you, Line 51 LESS Line 59) . . . . . . . . . . . . . . . . . . . . . . . . | | | | 60 | 47. |

**EARNED INCOME TAX CREDIT SCHEDULE**

You may be eligible for the New Jersey Earned Income Tax Credit if you claimed the Federal Earned Income Tax Credit for 2000, your gross income on Line 29, Form NJ-1040 is $20,000 or less and your filing status for New Jersey is the same as your filing status on your Federal income tax return. Complete this schedule to see if you are eligible. You are not eligible for the New Jersey Earned Income Tax Credit if your filing status is single or married, filing separate return or if you answer "No" to question 1 below. See instructions.

1. Did you file a 2000 Federal Schedule EIC, on which you listed at least one "qualifying child"?  . . . . . . . . . . . ☐ Yes  ☒ No
2. Fill in the box if you had the IRS figure your Federal Earned Income Credit  . . . . . . . . . . . . . . . . ☐
3. Enter the amount of Federal Earned Income Credit from your 2000 Federal Form 1040 or 1040a . . . . . . . | 3 |
4. Enter 10% of amount on line 3 here and on Page 2, Line 46  . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |

**2000 HR-1040 HOMESTEAD REBATE APPLICATION**

7. On December 31, 2000 I (and/or my spouse) was:  . . . . . . . . ☐ Age 65 or older  ☐ Blind or disabled  ☐ Not 65 or blind or disabled
   Fill in only one box. See instructions.
8. Enter the GROSS INCOME you reported on Line 29, Form NJ-1040 or see instructions  . . . . . . . . . . . . . | 8 |
9. If your filing status is MARRIED, FILING SEPARATE RETURN and you and your spouse
   MAINTAIN THE SAME PRINCIPAL RESIDENCE enter the gross income reported on your
   spouse's return (Line 29, Form NJ-1040) and check this box . . . . . . . . . . . . . . . . . . . . . . W ☐ | 9 |
10. TOTAL GROSS INCOME (Add Line 8 and Line 9) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |

**STOP -- IF LINE 10 IS MORE THAN $100,000, YOU ARE NOT ELIGIBLE FOR A REBATE.**

11. Enter your NJ residence on Dec. 31, 2000 if different than above. If you were not a resident on Dec. 31, 2000 enter your last NJ residence.
    Street Address _____ Municipality _____
12. Check your residency status during 2000:  a. ☐ Homeowner  b. ☐ Tenant  c. ☐ Both
13. If you checked "Homeowner" or "Both" on line 12, enter the block and lot number of the residence for which the rebate is claimed.
    Block [_____] Lot [_____] Qualifier [_____]

| | | | | |
|---|---|---|---|---|
| 14a. Did you live at more than one New Jersey residence during the year? . . . . . . . . . . . . . . . . . . . | | ☐ Yes | No |
| b. Did you share ownership of a principal residence during the year with anyone, other than your spouse? . . . . . . . . . | | ☐ Yes | No |
| c. Did any principal residence you owned during the year consist of multiple dwelling units? . . . . . . . . . . . . . | | ☐ Yes | No |
| d. Did anyone, other than your spouse, occupy & share rent with you for an apt. or other rental dwelling during year? | | ☐ Yes | No |

| | | | |
|---|---|---|---|
| Home | 15. Total 2000 prop. taxes you (& your spouse) paid on your principal resid. in NJ during 2000 . . . . | 15 | |
| Owner | 16a. Total Property taxes paid (Sch. HR-A, PART I, Line 5) . . . . . . . . . . . . . . . . . . . . . . . | 16a | |
| | 16b. Number of days as an owner (Sch. HR-A, PART I, Line 4) . . . . . . . . . . . . . . . . . . . . . | 16b | |
| | 17. Enter total rent you (and your spouse) paid on your principal residence in NJ during 2000 . . . . | 17 | |
| Tenant | 18a. Total Rent paid (Sch. HR-A, PART II, Line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . | 18a | |
| | 18b. Number of days as a tenant (Sch. HR-A, PART II, Line 10) . . . . . . . . . . . . . . . . . . . . | 18b | |

I authorize the Division of Taxation to discuss my return and enclosures with my preparer  . . . . . . . . . . . . . . . . . . . . . . ☐

UTSO  NJ3     NTF 33502     Copyright 2000 Greatland/Nelco LP - Forms Software Only



## THE SUPERIOR COURT OF NEW JERSEY
### Law Division, Special Civil Part

# SUMMONS

## YOU ARE BEING SUED!
## IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THIS LAWSUIT, YOU MUST FILE A WRITTEN ANSWER WITH THE COURT WITHIN 20 DAYS OR THE COURT MAY RULE AGAINST YOU. READ ALL OF THIS PAGE AND THE NEXT PAGE FOR DETAILS.

In the attached complaint, the person suing you (who is called *the plaintiff*) briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **You are cautioned that if you do not answer the complaint, you may lose the case automatically,** and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment and the judgment is valid for 20 years.

**You can do one or more of the following things:**

1. *Answer the complaint.* An answer form is available at the Office of the Clerk of the Special Civil Part. The answer form shows you how to respond in writing to the claims stated in the complaint. If you decide to answer, you must send it to the court's address on page 2 and pay a $10 filing fee with your answer and send a copy of the answer to the plaintiff's lawyer, or to the plaintiff if the plaintiff does not have a lawyer. Both of these steps must be done **within 20 days (including weekends)** from the date your were "served" (sent the complaint). That date is noted on the next page.

### AND/OR

2. *Resolve the dispute.* You may wish to contact the plaintiff's lawyer, or the plaintiff if the plaintiff does not have a lawyer, to resolve this dispute. **You do not have to do this unless you want to.** This may avoid the entry of a judgment and the plaintiff may agree to accept payment arrangements, which is something that cannot be forced by the court. Negotiating with the plaintiff or the plaintiff's attorney will not stop the 20 day period for filing an answer unless a written agreement is reached and filed with the court.

### AND/OR

3. *Get a lawyer.* If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services a 908-354-4340. If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at 908-353-4715.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

**La traducción al español se encuentra al dorso de esta página.**

*Gloria G. Soltis*

Clerk of the Special Civil Part

$1,971.16

| | |
|---|---|
| Filing Fee | $_____ |
| Service Fee | $_____ |
| Attorneys Fee | $_____ |
| TOTAL | $_____ |

MELLINGER & SANDERS, P.A.
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Plaintiff

---

FLEET NATIONAL BANK, as successor by merger to SUMMIT BANK,

              Plaintiff,

VS.

OSCAR SUAREZ AND
▓ DIEGO CARDONA ▓

              Defendant(s).

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: SPECIAL CIVIL PART
UNION COUNTY
Courthouse, Old Annex, 3rd Floor, 2 Broad Street
Elizabeth, New Jersey 07202
(908) 659-3638

DOCKET NO.: $DC$ - $3336.01$

CIVIL ACTION
SUMMONS
(Contract)

2001 APR 16 AM 8:58
SPECIAL CIVIL PART
SUPERIOR COURT
UNION COUNTY

RECEIVED/FILED

**Defendant(s) Information: Name, Address & Phone**

▓ DIEGO CARDONA ▓
12 WILSON TERRACE, ELIZABETH, NEW JERSEY 07208

---

DATE SERVED: APR 3 0 2001

### RETURN OF SERVICE IF SERVED BY COURT OFFICER (For Court Use Only)

Docket Number:_____ Date:_____ Time:_____
WM ____ WF ____ BM ____ BF ____ OTHER ____
HT ____ WT ____ AGE ____ MUSTACHE ____ BEARD ____ GLASSES ____
NAME: _____ RELATIONSHIP _____
Description of Premises: _____

I hereby certify the above to be true and accurate: _____ Court Officer

### RETURN OF SERVICE IF SERVED BY MAIL(For Court Use Only)

I, _____ , hereby certify that on _____ ,
I mailed a copy of the within summons and complaint by regular and certified mail-return receipt requested.

_____ Employee
Signature

**ATLANTIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
1-609-345-5444
LEGAL SERVICES
1-609-348-4200

**BERGEN COUNTY**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
1-201-488-0044
LEGAL SERVICES
1-201-487-2166

**BURLINGTON COUNTY**
Deputy Clerk of the Superior Court
Central Processing Office
Attn.: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL
1-609-261-4862
LEGAL SERVICES
1-609-261-1088

**CAMDEN COUNTY**
Deputy Clerk of the Superior Court
Civil Processing
1ª F., Hall of Records
101 S. Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
1-856-964-4520
LEGAL SERVICES
1-856-338-9227

**CAPE MAY COUNTY**
Deputy Clerk of the Superior Court
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
1-609-463-0313
LEGAL SERVICES
1-609-465-3001

**CUMBERLAND COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts., PO Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
1-856-452-5291
LEGAL SERVICES
1-856-451-0003

**ESSEX COUNTY**
Deputy Clerk of the Superior Court
50 West Market Street
Room 131
Newark, NJ 07102
LAWYER REFERRAL
1-973-622-7753
LEGAL SERVICES
1-973-624-4500

**GLOUCESTER COUNTY**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn.: Intake
First Fl., Court House
1 North Broad Street, PO Box 129
Woodbury, NJ 08069
LAWYER REFERRAL
1-856-848-4589
LEGAL SERVICES
1-856-848-5360

**HUDSON COUNTY**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House-1st Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
1-201-798-2727
LEGAL SERVICES
1-201-792-6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL
1-908-735-2611
LEGAL SERVICES
1-908-782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., PO Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
1-609-585-6200
LEGAL SERVICES
1-609-695-6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., PO Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
1-732-828-0053
LEGAL SERVICES
1-732-249-7600

Freehold, NJ 07728-1262
LAWYER REFERRAL
1-732-431-5544
LEGAL SERVICES
1-732-866-0020

**MORRIS COUNTY**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Pl., PO Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
1-973-267-5882
LEGAL SERVICES
1-973-285-6911

**OCEAN COUNTY**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
1-732-240-3666
LEGAL SERVICES
1-732-341-2727

**PASSAIC COUNTY**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
1-973-278-9223
LEGAL SERVICES
1-973-345-7171

**SALEM COUNTY**
Deputy Clerk of the Superior Court
92 Market St., PO Box 18
Salem, NJ 08079
LAWYER REFERRAL
1-856-935-5629
LEGAL SERVICES
1-856-338-9227

**SOMERSET COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3 rd Fl.
PO Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
1-908-685-2323
LEGAL SERVICES
1-908-231-0840

Deputy Clerk of the Superior Court
PO Box 1269

**SUSSEX COUNTY**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
1-973-267-5882
LEGAL SERVICES
1-973-383-7400

**UNION COUNTY**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
1-908-353-4715
LEGAL SERVICES
1-908-354-4340

**WARREN COUNTY**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
Belvidere, NJ 07823-1500
LAWYER REFERRAL
1-973-267-5882
LEGAL SERVICES
1-908-475-2010

MELLINGER & SANDERS, P.A.
101 Gibraltar Dr., Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorney(s) for Plaintiff(s)

---

| | |
|---|---|
| FLEET NATIONAL BANK, as successor by merger to SUMMIT BANK, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: SPECIAL CIVIL PART UNION COUNTY |
| Plaintiff, | DOCKET NO.: |
| VS. | |
| OSCAR SUAREZ AND DIEGO CARDONA, | CIVIL ACTION AMENDED COMPLAINT (CONTRACT) |
| Defendant(s). | |

Plaintiff, **FLEET NATIONAL BANK, as successor by merger to SUMMIT BANK**, with principal offices at 335 Ridge Road, Dayton, New Jersey by way of Complaint says:

1.     On or about April 15, 1998, Plaintiff entered into an Agreement with the **defendant(s)**, **OSCAR SUAREZ AND DIEGO CARDONA**, wherein the plaintiff did covenant and agree to advance and loan cash unto the defendant(s) pursuant to a Note Agreement.  A copy of said Note, together with Credit Application and account printout is attached hereto and made a part hereof.

2.     Pursuant to the said Agreement, the plaintiff did advance certain sums unto the defendant(s) upon which there is now principal due of $1,541.17 plus interest of $180.34 and late fee of $20.00 or a total sum of **$1,746.51.**

3.     Said Note provides that the plaintiff may charge a collection fee of 20% of the first $500.00 of the indebtedness and 10% on any debt over $500.00 up to $2,000.00, and 5% of any amount in excess of $2,000.00 plus all court costs and all other costs allowed by law, including

reasonable attorney's fees. Thus the defendant(s) are indebted to the plaintiff in the sum of **$224.65**

for collection costs pursuant to said Agreement.

4.      Jurisdiction lies in Union County as the defendant, OSCAR SUAREZ, resided at 524

3rd Avenue, Apt. #3, Elizabeth, New Jersey at the time he executed the Note and credit application.

5.      Defendant(s) defaulted upon payment on or about October 20, 2000.

6.      Demand for payment has been made upon said defendant(s) and said defendant(s) have

failed and refused to pay same.

WHEREFORE, plaintiff demands judgment against defendant(s) **OSCAR SUAREZ AND**

**DIEGO CARDONA, jointly and severely,** in the sum of **$1,971.16** together with lawful interest and

costs of suit.

## CERTIFICATION

I hereby certify that the matter in controversy is not the subject of any other action pending

in any court, or of a pending arbitration proceeding. I do not know of any other contemplated action

or proceeding.

MELLINGER & SANDERS, P.A.
Attorneys for Plaintiff

BY:      _____
LOUIS MELLINGER, ESQ.

Dated: March 29, 2001

NOTE AND SEC[illegible]TY AGREEMENT, Dated [illegible]

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all scheduled payments. |
|---|---|---|---|
| 14.00 % | $921.56 | $4,000.00 | $4,921.56 |

Your payment schedule will be:

| No. of Payments | Amt. of Payments | When Payments Are Due |
|---|---|---|
| 36 | $ 136.71 | Monthly, beginning 06/15 , 19 98 |
| | $ | |

Security: You are giving a security interest in:
( ) the goods or property being purchased
( ) (brief description of other property)

Filing Fees $ ______
Late Charge: If a payment is late, you will be charged 5% of the payment.
Prepayment: If you pay off early, you will not have to pay a penalty.
See below and your other loan documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayments, refunds and penalties.
e means an estimate.

Itemization of Amount Financed

1. Amount given to you directly ........ $ 4,000.00
2. Amount paid on your account ........ $ ______
(payoff of your existing loan with us)
3. Amount paid to others on your behalf
(a) to public officials or dealer $ ______
paid in cash ...... $ ______
(b) to ______ $ ______
paid in cash ...... $ -0-
(c) to ______ $ ______
(d) to ______ $ ______
(e) to ______ $ ______
(f) to ______ $ ______
subtotal ........ $ 4,000.00
(g) to insurance company
credit life insurance ....... $ ______ $ ______
credit accident & health ... $ ______
4. *Prepaid Finance Charge* ........ $ -0-
5. Amount Financed (A + B - C) ........ $ 4,000.00

You are the person (or persons) who signs as "Borrower" or "Co-Signer" below.
The words "we", "us" or "Bank" refer to Summit Bank
YOU PROMISE TO PAY TO US or to our order, at any of our offices, the Principal Amount of

****************************************Four Thousand Dollars and 00/100 Dollars ($ 4,000.00)
plus interest on the unpaid part of the Principal Amount at the interest rate stated in this Note, in the number and amount of payments shown in the Payment Sc[hedule]. Payments are due beginning on the date indicated in the Payment Schedule and on the same day of each following month until we are paid in full. You may pay in [full] all or part of the balance due at any time, without penalty or premium.
Unless specifically stated in this Note, a security interest is not retained in your or any other person's principal dwelling to secure this loan, no matter what an[y] agreement we have with you says.
Interest Rate: Interest will be imposed on the unpaid part of the Principal, beginning on the date of this Note at the fixed rate of 14.00 % per year.
Late Charges: If you have not paid any instalment within 15 days of the date it is due, you will pay a late charge of 5% of the unpaid instalment. Payments are co[nsidered] to have been made on the banking day payment is received by the Bank; payments received after 3:00 p.m. will be considered made the next banking day.
Security Agreement: As security for the prompt payment of the sums you owe and the proper performance of your promises in this Note, you and all the "Owners" below grant us: (i) a security interest in the following personal property, and its equipment and accessories:

Our security interest includes parts, called "accessions," added to the personal property at any later time

(ii) a Mortgage upon the real property located at ______
All the property which secures this Note is called the "Collateral." Our rights and your responsibilities regarding any personal property Collateral are provided in this S[ecurity] Agreement, which continues on the reverse side. Our rights in any real property Collateral are contained in the separate Mortgage you have signed.
IF NO REAL OR PERSONAL PROPERTY IS IDENTIFIED ABOVE, THIS NOTE IS UNSECURED, notwithstanding what any other agreement you have with us says.

Flood Insurance: If checked ☐, insurance is required against flood damage to the Collateral. Even if flood insurance is not required at this time, you understand t[hat you] may be required to purchase it at any time during the term of the loan if your property is located within an Identified Special Flood Hazard Area (SFHA). You understand that if you do not obtain and/or maintain adequate flood insurance coverage, we will obtain flood insurance on your behalf and require you to reimbur[se] the premiums (including any fees and/or brokerage commissions whether payable to us or to any third party).
Property Insurance against physical damage to the Collateral is required for the full term of this Note.
FLOOD INSURANCE AND PROPERTY INSURANCE MAY BE OBTAINED THROUGH ANY AGENT, BROKER, OR OTHER PERSON OF YOUR CHOICE. See Insurance No[tice on] the reverse side.
Set-Off: The law gives us a right of set-off in any of your property in our possession at any time, including deposit accounts. This means that, if you default, [we may] exercise our right of set-off and apply any of your property in our possession, including deposit accounts, to the sums you owe on this Note.
How Interest is Charged: The Finance Charge consists only of interest imposed daily on the outstanding balance of the Principal Amount. The Finance Charge show[n] was figured by assuming that all payments were received on their due dates. If any payment is late, you must pay more Finance Charge than is shown becaus[e of] additional interest imposed. If you pay early, the Finance Charge will be less. The amount of the increase or decrease in your Finance Charge will be due with [the final] payment, which will be modified to reflect the actual amount then due.

CREDIT INSURANCE: You understand that Credit Life or Disability ("accident and health") Insurance is not required in order to obtain your loan. If you qualify for [it and] you do take it, you will be required to pay the cost of it. The insurance which is described in the Notice of Proposed Insurance on the reverse side will cover only [the] borrower(s) who signs below in this "Credit Insurance" section. Credit Life Insurance is available to both borrowers but Disability Insurance is available to the first borrower only. You understand that any such insurance may not cover all payments needed to pay your loan in full. By signing in this section, you indicate your d[esire] to obtain the following insurance:
Types of Credit Life Coverage Available:
[ ] If your loan provides for repayment in equal monthly instalments, you may choose what is known as "reducing coverage". The amount of insurance will be th[e] Total of Payments, as explained in more detail in the Notice of Proposed Insurance.
[ ] If your loan provides for repayment in equal monthly instalments but with a larger final (balloon) payment, you may choose what is known as "net pay-off" coverage. The amount of insurance will be the unpaid balance of the amount shown as the Principal Amount plus accrued interest, as explained in more detail [in] the Notice of Proposed Insurance.
Credit Insurance Desired:
(1) Credit Life for the first Borrower only. The premium is $ ______
(2) Credit Life and Disability for the first Borrower only. The premium is $ ______
(3) Credit Life for first and second Borrowers. The premium is $ ______
(4) Credit Life for first and second Borrowers and Disability for first Borrower only. The premium is $ ______

Signature of First Borrower ______ Age ______ Signature of Second Borrower

THE ADDITIONAL TERMS AND SECURITY AGREEMENT ON THE REVERSE SIDE ARE PART OF THIS NOTE.
BY SIGNING BELOW, YOU AGREE TO ALL OF THE TERMS OF THIS NOTE. YOU ALSO ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS NOTE.

Oscar F Suarez (signature) — 534 2ND AVE APT#3 ELIZABETH NJ 07202
Borrower's Signature OSCAR F. SUAREZ — Address

Diego A. Cardona (signature) — 446 [illegible] AVE ELIZABETH NJ 07206
Borrower's Signature DIEGO ALBERTO CARDONA — Address

NOTICE TO CO-SIGNER

You are being asked to guarantee this debt. Think carefully before you do. If the Borrowers doesn't pay the debt, you will have to. Be sure you can afford t[o pay if] you have to, and that you want to accept this responsibility.
You may have to pay up to the full amount of the debt if the Borrowers does not pay. You may also have to pay late fees or collection costs, which increas[e this] amount.
The Bank can collect this debt from you without first trying to collect from the Borrowers. The Bank can use the same collection methods against you that [can be] used against the Borrowers, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of your credit record.
Co-Signer's Surety Agreement: You, the person signing as "Co-Signer" below, promise to pay to us or to our order the Principal Amount, plus interest and other c[harges] as provided in this Note. You agree to be bound by the terms of this Note, separately and together, with Borrowers. You are making this promise to induce us [to make] the loan to the Borrowers, even though the proceeds will be used only for the Borrowers' benefit. You agree that we may seek immediate payment from you [without] making any prior demand for payment upon the Borrowers. You also acknowledge receiving a completed copy of this Note.

Co-Signer's Signature ______ Address ______ Date

This section to be signed by owner who is not a borrowers.

Owner's Security Agreement: You, the person signing as "Owner" below, grant us a security interest in the Collateral identified above. There are no other own[ers of the] Collateral besides you and the Borrowers. If the Collateral consists of personal property, you agree to be bound by the terms of the Security Agreement contai[ned in this] Note. If the Collateral consists of real property, you agree to be bound by the terms of the Mortgage. You are granting us this security interest to induce us to [make the] loan to the Borrowers and to secure the payment by the Borrowers of all sums due under this Note. If, upon default and sale of the Collateral, there remains an[y sum] due us on the Note, you will not be obligated to pay us that sum.

Owner's Signature ______ Address ______ Date

AUTHORIZATION TO CHARGE ACCOUNT

By signing this Authorization, you authorize the Bank to charge your checking/savings account # 4059012744 every month, in order to satisfy the payment that is due to us on this loan. We are to make each charge on the payment due date (or, if that is a Saturday, Sunday or legal holiday, the next busines[s day]).
This automatic charge is to begin with the first loan payment that is due.
This Authorization is neither transferable nor negotiable.

Oscar F Suarez (signature) — AUTHORIZATION SIGNATURE OSCAR F. SUAREZ
Diego A. Cardona (signature) — AUTHORIZATION SIGNATURE DIEGO ALBERTO CARDONA

## SECURITY AGREEMENT

As used in the following sections of this Security Agreement, the words "you" and "yours" also include any Owner of the

## PROPERTY INSURANCE

Property Insurance is required by us against loss or damage to the Collateral. You may choose the insurance carrier from which such insurance is to be obtained...

## FLOOD INSURANCE

Flood Insurance may be required at any time during the term of the loan if it is determined that your property is located within an identified Special Flood Hazard (SFHA)...

## NOTICE OF PROPOSED INSURANCE

If you signed the Authorization on the reverse side requesting Group Credit Life Insurance or Group Credit Life and Disability insurance coverage and a charge coverage is included in the Itemization of Amount Financed section, the Bank will make an application for you to Union Security Life Insurance Company, Georgia (called "insurer") for the coverage or coverages.

Conducted from FCM (10 FOR YOUR CONVENIENCE of 55ASTER SERVICE.
APPLY BY PHONE 24 HOURS A DAY, 7 DAYS A WEEK. CALL 1-883-8SUMMIT.

√Type of Loan **PERSONAL**
√Branch **UJ PLAZA**                     Branch # **099**          Date: **03-16-98**
√(NJ Only) Checking Account Number if applying for Cash Reserve _____
√Do you presently bank with us? ☑Yes ☐No  At which branch will you sign the loan papers? **99**
√Amount requested $ **4,000.00**    or ☐ Maximum I/we qualify for.
√Please indicate how you became aware of our loan program: Newspaper; ___ Radio; ___ Other; ___

| Applicant | Co-Applicant |
|---|---|

Name (First MI, Last)

**OSCAR F SUAREZ** | **Diego Alberto CARDONA**

Address

**524 3RD AVE APT#3** | **445 Elmora Avenue NJ 04228 5J**

| City | State | Zip | How Long at Address | City | State | Zip | How Long |
|---|---|---|---|---|---|---|---|
| **ELIZABETH** | **NJ** | **07202** | **6 mnths** | **Elizabeth** | | | **10-23-72 (30 yrs)** |

| Social Security # | Date of Birth | Phone Number | Social Security # | Date of Birth | Phone Number |
|---|---|---|---|---|---|
| **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** | **10/26/66** | **(908)354-3174** | **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** | | |

☐Own Rent/Mortgage Payment  Mortgage Holder or Landlord | ☐Own Rent/Mortgage Payment  Mortgage Holder or Landlord
☑Rent **600.00**  **Manjo Realty** | ☑Rent **lives w/ parents**

| Employer Name/If Self Employed Name of Business | How Long Employed | Employer Name/If Self Employed Name of Business | How Long Employed |
|---|---|---|---|
| **BARR-NONE COATING APPLICATORS** | **1 Yr.** | **maplewood county club** | **8 yrs** |

Employer Address

**281 HIGHWAY 79 SOUTH** | **28 Baker ST. maplewood**

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|
| **MORGANVILLE** | **NJ** | **07751** | **maplewood** | **NJ** | **07041** |

| Annual Salary | Position | Business Phone | Annual Salary | Position | Business Phone |
|---|---|---|---|---|---|
| $ **24,000** | **FOREMAN** | **(732)970-0122** | $ **16000** | **waiter** | **(473)762-?** |

Previous Employer Name and Address | Previous Employer Name and Address
**GENERAL AUTOMOTIVE SPECIALTY** Rt. 1 & 130 | **suburban golf club**

| City | State | Zip | How Long Employed | City | State | Zip | How Long |
|---|---|---|---|---|---|---|---|
| **N. BRUNSWICK** | **NJ** | | **8 Yrs.** | **Union** | **NJ** | | **2 yr** |

| Other Income | | |
|---|---|---|

| Applicant Other Income | Source | Co-Applicant Other Income | Source |
|---|---|---|---|
| $ | | $ | |
| Provider | | Provider | |

| References | | | | | Balance | Payoff |
|---|---|---|---|---|---|---|

| Type of Reference | Yes | No | If yes, with whom | | Balance | Payoff |
|---|---|---|---|---|---|---|
| Checking Account: | ☑ | ☐ | **SUMMIT BANK** | **Summit** | $ | |
| Savings Account: | ☑ | ☐ | **BANK AMERICA** of **NJ Company.** | $ | | |
| Auto Loan: | ☐ | ☐ | | | $ | |
| Personal Loan: | ☐ | ☐ | | | $ | |
| Other Loan: | ☐ | ☐ | | | $ | |

Please indicate which credit cards you currently have: ☑MasterCard ☑Visa ☑Discover ☐American Express ☐Optima ☐Diner's Cl
☐JC Penney ☑Sears ☐Nordstrom's ☐Home Depot ☑Other

| Automobile Loan: If you are purchasing a car, please complete this section | | |
|---|---|---|
| Year | Make | Model | Whose name will the car be listed in? |

Optional Equipment                    ☐ I picked out a vehicle -or-
                                       ☐ Would like to know if I qualify first

**Please Read and Sign** Everything that I have stated in this application is correct to the best of my knowledge. I understand that you will retain this appli-
or not it is approved. You are authorized to check my credit and employment history and answer questions about your credit expe-

✗ _Oscar Suarez_   **3-16-98** | _Diego A. CARDONA_   **23**
Signature of Applicant      Date   Signature of Co-Applicant & Applicant

| For Bank Use Only | | |
|---|---|---|

Preferred Checking Account Number _____
☑ Personal Interview ___ ☐Fax ___ ☐Mail ___ ☐Telephone ___
Bank Employee **alice miller**
Phone # **1029-2199**

| | PAYOFF BALANCES | CURRENT BALANCES | EFFECTIVE DTE ADJ |
|---|---|---|---|
| TOT PRINCIPAL | 1,541.17 | 1,541.17 | |
| TOT INTEREST | 168.79 | 156.17 | 12.62 |
| TOT INSURANCE | .00 | .00 | .00 |
| TOT DEALER REB | .00 | .00 | .00 |
| TOT LATE FEES | 25.00 | 25.00 | |
| TOT OTHER CHGS | .00 | .00 | |
| TOT MISC FEES | .00 | .00 | |
| TOT MIN INT | .00 | .00 | .00 |
| TOT EXTN FEES | .00 | .00 | |
| TOT PREPAY PEN | .00 | .00 | .00 |
| TOT ADVANCE FEES | .00 | .00 | |

TOT PAYOFF            1,734.96    GOOD THRU 02/28/01    ADJ DAYS        23

TOT OL PRIN                .00    TOT CUR PERDIEM                       .54
TOT OL OTH                 .00


CUSTOMER 3856607 LOAN 0001 DATE 0228012 LOG N TYPE _____
====> ____      PF05=S150 09=STLN 10=TRAC

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☐ None    **5. Repossessions, Foreclosures, and Returns**

*List all property that has been repossessed* by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure *or returned to the seller, within one year immediately preceding the* commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receivserships**

☒ None    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None    **7. Gifts**

*List all gifts or charitable contributions made within one year* immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None    **8. Losses**

*List all losses from fire, theft, other casualty or gambling within one year* immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None    **9. Payments Related to Debt Counseling or Bankruptcy**

*List all payments made or property transferred by or on behalf of the debtor to any persons,* including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

☒ None    **10. Other Transfers**

*List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,* transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED

Mitsubishi Galant 1999

$750.00 to Anna C. Little, Esq.
300 Kimball Street suite 106
Woodbridge, NJ 07095



P.O. BOX 6044
CYPRESS, CA 90630-0044
(800) 238-5851
FAX: (714) 816-2301

**MITSUBISHI**
MOTORS CREDIT OF AMERICA, Inc.

December 29, 2000

DIEGO CARDONA
935 S ELMORA AVE #1
ELIZABETH    NJ    67202

RE :        Account#: 99006722259000000
                Year :  99
                Make :  MITS
                Model : GALANT

Dear Mr./Ms. DIEGO CARDONA :

The above referenced vehicle has been sold and an outstanding
balance of $6,128.55    remains due on your account. Under the
terms of your contract you are responsible for the payment of this amount
plus all interest which accrues on the unpaid balance.

Please send the total amount due to reach me within (10) ten days from the
date of this letter or, contact office to arrange a re-payment schedule.

Sincerely,

LYNN CARMICHAEL
Sr. Recoveries Consultant
(800) 238-5851

Case 01-39673-NL    Doc 1    Filed 08/29/01    Entered 08/29/01 11:22:00    Desc
Converted from ECM (10126709)    Page 49 of 55

**NEW VEHICLE ORDER**



**GLOBAL**
**AUTO MALL**

**ROUTE 22 WEST**
**N. PLAINFIELD, NJ 07060**
**(908) 757-4000**

DATE _10-5-9__

| PURCHASER'S NAME | DIEGO A Cardona | STOCK # X135M1 |
|---|---|---|

ADDRESS _445 E/Mora Au. Elizabeth NJ_  ZIP CODE _07208_

RESIDENCE PHONE _908-5587054_  BUSINESS PHONE _973-762 2100_

PLEASE ENTER MY ORDER FOR  YEAR _1999_  MAKE _Mits._  MODEL _Galant_  ☐ CAR ☐ TRUCK

SERIES _GA4/K_  BODY TYPE _4DR_  ENGINE ☐ 3 CYL. ☐ 4 CYL. ☒ 6 CYL. ☐ 8 CYL.

COLOR _Bay Red_  TRIM _Gray_  TOP _H_  ☐ CLOTH ☐ VINYL

SERIAL # _4A3AA46L2XE033358_  TO BE DELIVERED ON

Prior to Delivery of the vehicle listed above, customer shall elect one of the following and so advise dealership:
★ Cash Purchase    ★ Finance Purchase    ★ (Lease)

**GLOBAL**
**AUTO MALL**

**PRICE OF UNIT**

_lease To Be for 39 mts_

_Fist & Mt payments To Be_

_$360 incl VBs with_

_$2000 totm out of packet_

_NS Equpmt 12K X year_

IF A CREDIT SALE, REQUIRED INFORMATION CONTAINED ON A SEPARATE DISCLOSURE STATEMENT IS MADE A PART OF THIS ORDER.

IF A LEASE, COMPLETE DISCLOSURE OF ALL LEASE TERMS AND CONDITIONS IS CONTAINED ON A SEPARATE LEASE CONTRACT.

**IF A LEASE, THE FOLLOWING APPLY:**

MONTHLY PAYMENT AMOUNT $ _360 incl_

TERM: _39_ MONTHS

MILEAGE PER YEAR _12000_

CASH DUE AT DELIVERY $ _2000_

| | | |
|---|---|---|
| TOTAL | | |
| *LESS NET TRADE-IN ALLOWANCE | | |
| The Protector window etching - $99.00 ($2500 theft guarantee) (15% reduction on ...) | $99 | .00 |

☒ None   **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒ None   **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None   **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAMES AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None   **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

935 South Elmora Ave. Elizabeth, NJ -
Mario CARDONA and DOlly     CARDONA
12 Wilson Terrace Elizabeth, NJ -
Mario CARDONA and Alexander CARDONA

☒ None   **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY

**Unsworn Declaration under Penalty of Perjury.**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature of Debtor _____ CARDONA

Date _____     Signature of Joint Debtor (if any) _____

_____ continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

3076 3A 4-1994 Julius BLumberg, Inc.

UNITED STATES BANKRUPTCY COURT                    DISTRICT OF

In re:  Diego CARDONA                        Debtor(s)       Case No.
                                                             Chapter

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   a. *Property to Be Surrendered.*

| Description of property | Creditor's name | H, W or J |
|---|---|---|
| none | | |

   b. *Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| 935 Soluth Elmora Ave. Elizabeth, NJ | | Exempt |
| 12 Wilson Terrace Elizabeth, NJ | | Exempt |
| household furnishings | | Exempt |
| clothing | | Exempt |
| Mitsubishi Montero Sport | | Exempt |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:

* Reaff'd - Debt will be reaffirmed pursuant to § 524(c)

Red'd - Property is claimed as exempt and will be redeemed pursuant to § 722

Exempt - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

X Diego L CARDONA
     Signature of Debtor

Diego L CARDONA
     Signature of Debtor

3073 – 1991 JULIUS BLUMBERG, INC. NYC 10013

**UNITED STATES BANKRUPTCY COURT**                     **DISTRICT OF**

In re   Diego CARDONA

                        Debtor(s)            Case No.             (If Known)

## CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the *debtor — debtor's employer* shall pay to the trustee the sum of $ _____ *weekly — bi-weekly — semi-monthly — monthly* for a period of

2. From the payments so received, the trustee shall make disbursements as follows:

    (*a*) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

    (*b*) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (*c*) *Subsequent to — pro rata with* dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

3. The following executory contracts of the debtor are rejected:

      Title to the debtor's property shall revest in the debtor *on confirmation of a plan — upon dismissal of the case after confirmation pursuant to 11 U.S.C. §350.*

Dated:                          *Diego L CARDONA* ..................        ....................................................
                                   *Debtor*                          *Debtor*

Acceptances may be mailed to............................................................................................................................................................
                                               *Post Office Address*

■ 1991 JULIUS BLUMBERG, INC., NYC 10013

**UNITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**

In re    Diego CARDONA                    Debtor(s)        Case No.                    (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a) for legal services rendered or to be rendered in contemplation of and in connection
        with this case                                                                                                $ 750.00
    (b) prior to filing this statement, debtor(s) have paid                                          $ 300.00
    (c) the unpaid balance due and payable is                                                     $ 450.00

(3) $ 200.00    of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
performed, and
                none other

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
earnings, wages and compensation for services performed, and
            none other

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
            none

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
any compensation paid or to be paid except as follows:
            no one

Dated:                    Respectfully submitted,                                        _Attorney for Petitioner_

_Attorney's name and address_

        **Anna C. Little, Esq.**
        300 Kimball St. Suite 106                                        © 1991 JULIUS BLUMBERG, INC., NYC 10013
        Woodbridge, NJ 07095

BK 122
(8/84)

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

If you intend to file a petition for relief under the bankruptcy laws of the United States, and your debts are primarily consumer debts, the Clerk of Court is required to notify you of each chapter of the Bankruptcy Code under which you may seek relief. You may proceed under:

**Chapter 7**—Liquidation, or
**Chapter 11**—Reorganization, or
**Chapter 13**—Adjustment of Debts of an Individual
with Regular Income

If you have any questions regarding the information contained in this notice, you should consult with your attorney.

**Clerk of Court**

## ACKNOWLEDGMENT

I hereby certify that I have read this notice.

DATED: _____

X _Diego_ _P._ CARDONA ,
Debtor

_____ ,
Joint Debtor, if any

**INSTRUCTIONS:** *If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.*

**3092** Clerk's notice, 10-84

MATRIX

Capitol One Bank
P.O.Box 85147
Richmond VA  23276


NCO Financial Systems
P.O.Box 41457
Philadelphia PA 1911-1457


Sears Center
P.O.Box 182149
Columbus OH 43218-2149


Fleet
P.O.Box 15368
Wilmington DE 19886-5368


Chase
P.O.Box 15583
Wilmington DE 19886-1194


Direct Merchants Bank
P.O.Box 21550
Tulsa OK 74121-1550


Providian Financial
P.O.Box 9539
Manchester NH 03108 9539


Mitsubishi
P.O.Box 6044
Cypress CA 90630-0044


Summit Bank
c/o Melinger and Sanders
101 Gibraltar Drive suite 2F
Morris Plains NJ 07950