Form B18(Official Form 18)
(9/97)

United States Bankruptcy Court
District of New Jersey
PO Box 1352 - 50 Walnut Street
Newark, NJ 07101-1352

In Re:

**Diego Cardona**
12 Wilson Terrace
Elizabeth, NJ 7208
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

Debtor(s):

Case Number: 01-39673

Chapter: 7

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date: December 3, 2001**

**BY THE COURT**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**



Form DIS

000015

BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0312-2        User: bown            Page 1 of 1          Date Rcvd: Nov 30, 2001
Case: 01-39673              Form ID: DIS          Total Served: 15
```

```
The following entities were served by first class mail on Dec 01, 2001.
db          Diego Cardona,   12 Wilson Terrace,   Elizabeth, NJ   07208
aty         Anna C. Little,   300 Kimball Street,   Suite 106,   Woodbridge, NJ   07095
tr          Donald V. Biase,   Biase Associates,   22 Oak Drive,   Roseland, NJ   07068
ust         U.S. Trustee,   Suite 1400,   One Newark Center,   Newark, NJ   07102
ust         +U.S. Trustee,   Office of the US Trustee,   One Newark Center,   Suite 2100,
              Newark, NJ   07102-5235
ust         U.S. Trustee,   US Dept of Justice,   Office of the US Trustee,   One Newark Center Ste 2100,
              Newark, NJ   07102
9097200     Capitol One Bank,   P.O. Box 85147,   Richmond, VA 23276
9097204    +Chase,   P.O. Box 15583,   Wilmington, DE 19886-0001
9097205     Direct Merchants Bank,   P.O. Box 21550,   Tulsa, OK 74121-1550
9097207     Mitsubishi,   P.O. Box 6044,   Cypress, CA 90630-0044
9097201    +NCO Financial Systems,   P.O. Box 41457,   Philadelphia, PA 19101-1457
9097206     Providian Financial,   P.O. Box 9539,   Manchester, NH 03108 9539
9097202     Sears Center,   P.O. Box 182149,   Columbus, OH 43218-2149
9097208     Summit Bank,   Attn: Melinger and Sanders,   101 Gibraltar Drive suite 2F,   Morris Plains, NJ 07950

The following entities were served by electronic transmission on Nov 30, 2001 and receipt of the transmission
was confirmed on:
9097203    +EDI: FIRSTUSA.COM Nov 30 2001 06:58:00      Fleet,   P.O. Box 15368,   Wilmington, DE 19886-0001
                                                                                                  TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Dec 01, 2001            Signature: *Joseph Speetjens*

000015